**FORM 2**
**COVER SHEET**

# In The United States Court of Federal Claims

Cover Sheet

**03-2878C**

Plaintiff(s) or Petitioner(s) TRACY C. KISSLER

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record (See RCFC 83.1(c)): ANTHONY W WALLUK

Firm Name: ________

Post Office Box: ________

Street Address: 306 S. FLORES

City-State-Zip: SAN ANTONIO, TX 78204

Telephone & Facsimile Numbers: 210-226-4384 210 226-4526

Is the attorney of record admitted to the Court of Federal Claims Bar? YES

If **NO**, please call (202) 219-9630 for admission papers and instructions.

Nature of Suit Code: 1 3 4

Select only one (three digit) nature of suit code from attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.

Agency Identification Code: A F

See attached sheet for three digit codes.

Amount Claimed: $ 724,265,255.00

Use estimate if specific amount is not pleaded.

Vaccination Date (vaccine cases only) NA

If this is case directly related to any pending or previous case, you are required to file a separate notice of directly related case(s). See RCFC 40.2.