IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| TRACY C. KISSLER,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 03-2878C<br>(Judge Block) |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Matthew P. Reed as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

Matthew P. Reed
Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
Washington, D.C. 20530

Attention: Classification Unit
8th Floor, 1100 L Street, N.W.

/s Matthew P. Reed

Matthew P. Reed
ATTORNEY
Commercial Litigation Branch
Civil Division
Department of Justice
Telephone:(202)307-6289
Facsimile:(202)514-7969

February 3, 2004