IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| TRACY C. KISSLER, | ) | |
| | ) | |
| Plaintiff, | ) | No. 03-2878C |
| | ) | (Judge Block) |
| v. | ) | |
| | ) | |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims, the United States respectfully requests an enlargement of time of 45 days, to and including April 14, 2004, within which to file a response to plaintiff's complaint. Our response is currently due on March 1, 2004. This is defendant's first request for an enlargement of time for this purpose. Counsel for defendant has discussed this motion with plaintiff's counsel and was advised that plaintiff does not object.

This enlargement is needed for several reasons. First, counsel for the undersigned has not received a litigation report from the agency in this matter and has been unable to determine the name of the agency attorney who will be assisting in preparing a response to the complaint. Thus, the Government lacks the basic information necessary to respond to the complaint.

In addition, an enlargement is necessary because counsel for the undersigned has several obligations in the coming weeks that

will prevent him from focusing full attention upon this case until April, 2004. First, on February 23, 2004, counsel was assigned to represent the United States in a bid protest before the Court of Federal Claims involving a contract potentially valued at $150,000,000.00. See Orion International Technologies v. United States, Fed. Cl. No. ___. This case will likely involve an intensive briefing and argument schedule extending into April, 2004.

In addition, counsel is required to file a responsive pleading to a lengthy motion for summary judgment in Fluor Hanford, Inc. v. United States, Fed. Cl. No. 02-759C, by March 16, 2004. Counsel is also required to complete all discovery in Cygnus v. United States, Fed. Cl. No. 01-699C, by March 30, 2004. Remaining discovery tasks include responding to plaintiff's interrogatories and document requests, and taking and defending at least five depositions.

Counsel is also required to file responses to complaints in two cases between March 1 and April 6, 2004, including Allied Oil v. United States, Fed. Cl. 03-2673, and Edelmann v. United States, Fed. Cl. No. 03-2692.

For these reasons, a brief enlargement of 45 days, to and including April 14, 2004, is needed so that the United States can meaningfully respond to the complaint.

Respectfully Submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/s Todd M. Hughes
TODD M. HUGHES
Assistant Director

/s Matthew P. Reed
MATTHEW P. REED
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L Street
Washington, D.C. 20530
Telephone: (202) 307-6289

February 27, 2004

Attorneys for Defendant