DEPARTMENT OF THE AIR FORCE
Headquarters US Air Force
Washington DC 20330-5000

23 July 1987

Awards, Ceremonies, and Honors

# THE AIR FORCE SUGGESTION PROGRAM

This regulation states policies and procedures that govern the award programs for suggestions, inventions, patents, and scientific achievements submitted by Air Force personnel (military and civilian). It applies to members of the US Air Force Reserve and Air National Guard. It does not apply to Air National Guard Title 32 military members or National Guard technicians employed under Title 32 United States Codes (U.S.C.) 709. It tells how to apply the program to non-US-citizen employees. It implements DOD Directive 5120.15, 13 August 1985, and DOD Instruction 5120.16, 15 July 1974. The authorities to collect the data described in this directive are under Title 5, U.S.C., chapters 45 and 54; Title 10, U.S.C., Section 1124; Federal Personnel Manual (FPM), chapter 451, and Executive Order (EO) 9397, 22 November 1943.

This regulation is affected by the Privacy Act of 1974. The authorities to collect the data described in this directive are shown above. The requester will show, and on request give, the affected individual a Privacy Act Statement for each form, format, or form letter used to collect personal data before asking for the information.

Do not use this regulation as the basis for changing the type and kind of manpower requirements or authorizations.

Do not supplement this regulation or develop local forms without prior approval of Headquarters Air Force Management Engineering Agency (HQ AFMEA), Directorate of Programs, Suggestion Program Division (HQ AFMEA/MERS), Randolph AFB TX 78150-6431.

| | Paragraph | Page |
|---|---|---|
| Chapter 1—General Information | | |
| Program Policy | 1-1 | 5 |
| Why the Program Is Essential | 1-2 | 5 |
| Who Is Eligible To Participate? | 1-3 | 5 |
| Who Is Not Eligible To Participate? | 1-4 | 6 |
| Program Responsibility | 1-5 | 6 |
| Suggestion Program Data System (SPDS) | 1-6 | 7 |
| Contingency Processing | 1-7 | 8 |
| Chapter 2—Program Promotion | | |
| Promoting the Air Force Suggestion Program | 2-1 | 9 |
| Responsibilities of Management | 2-2 | 9 |
| Funding and Sources for Promotional Items | 2-3 | 9 |
| Chapter 3—Instructions for Suggesters | | |
| What Kind of Suggestions May Be Eligible? | 3-1 | 11 |
| What Kind of Suggestions Are Ineligible? | 3-2 | 11 |
| Group Suggestions | 3-3 | 13 |
| Confirmatory Suggestions (After-the-Fact) | 3-4 | 13 |

Supersedes AFR 900-4, 30 May 1985. (See signature page for summary of changes.)
No. of Printed Pages: 64
OPR: HQ AFMEA/MERS (Mrs Shirley Wade)
Approved by: HQ USAF/PRM (Col Billy E. Deames)
Writer-Editor: D. Britford
Distribution: F; X

Chapter 1

## GENERAL INFORMATION

**1-1. Program Policy.** The Air Force Suggestion Program recognizes and rewards individuals whose suggestions, inventions, patents, and scientific achievements improve the efficiency, economy, and effectiveness of Air Force, Department of Defense (DOD), and federal government operations. Participation must be voluntary and evaluations prompt. Recognition for resulting improvements and benefits may be a cash award, a noncash award, or an honorary award. The Air Force Suggestion Program, when clearly endorsed as a voluntary program with vigorous support at all levels on a continuing basis, contributes significantly to improving government productivity and services. All eligible suggestions submitted are evaluated. A suggestion may be adopted even if the suggester is not eligible for a cash award. It is administered as a total force program, not a military or a civilian suggestion program. Under this program, awards are based on the merits of the contribution and the benefits that accrue without regard to race, color, religion, sex, marital status, national origin, physical handicap, age, political affiliation, or union membership affiliation or participation. Recognition has a genuine and positive effect in continuing employees' contributions that provide productivity excellence. This regulation outlines the rules and procedures of the Air Force Suggestion Program and how it will be managed. See terms explained in attachment 1. It takes precedence over all other directives in determining eligibility of a suggestion. The three basic steps for managing the program are:

a. The suggester voluntarily submits an eligible idea on AF Form 1000, Suggestion, in response to the terms of the Air Force Suggestion Program. The suggester understands the suggestion must be his or her own idea, and the idea must be complete. The suggestion must describe a valid problem or change (a "before" and "after" explanation) and a solution which should be a detailed description of how to change the current practice and what Air Force or US Government benefits would result.

b. Air Force management is committed to accept an eligible, valid suggestion, and management must give the suggestion proper consideration by a timely, complete, and fair evaluation.

c. After adequate consideration and if the suggestion is adopted and put to use, the suggester is considered for recognition for the implemented ideas. The suggester understands the Air Force has the right to not adopt an idea after appropriate evaluation in which management's evaluator should fully explain reasons for disapproval.

**1-2. Why the Program is Essential.** The objectives of the Air Force Suggestion Program are to:

a. Motivate personnel to suggest practical ways to increase effectiveness and efficiency in the Air Force, DOD, and other federal government operations.

b. Improve morale by providing an opportunity for members and employees to voluntarily take part in the management of the Air Force.

c. Provide a formal channel for communications between management and personnel.

d. Provide an organized method for employees to submit constructive ideas.

e. Foster and maintain an atmosphere that invites participation, cooperation, imagination, creativity, and innovation.

f. Provide evaluation that is unbiased, consistent, prompt, and efficient.

g. Promptly and equitably recognize all eligible persons who improve government operations.

**1-3. Who Is Eligible To Participate?**

a. Air Force military and civilian personnel paid from appropriated funds. Also eligible are Air Force Academy cadets, Reserve Officer Training Corps (ROTC) cadets, Air Force Reserve personnel (including active reservists not on active duty), and Senior Executive Service (SES) personnel. To prevent double entitlements, dual-status technicians (members of the Reserve) take part as civilians under Title 5 U.S.C.

b. Members of any DOD component or federal agency attached to an Air Force installation.

c. Retired military and civilian personnel. If their suggestion was made before they retired, they are eligible for a cash award. If not, they are only eligible for an honorary award.

d. Non-US-citizen, direct-hire employees, when a program has been established by the

**3-10. Cash Award Considerations.** A suggestion is considered for a cash award when:

a. The idea is approved and implemented. (An award of $100 or less may be granted on management's commitment to implement.)

b. The first year benefits are at least $250 or more or equivalent intangible benefits.

c. The improvement is outside normal duties of the suggester; that is, the suggester is not expected to take the action or recommend the change as part of duties for pay received.

d. The improvement was not as a result of assigned TDY or duty assignments involving special studies, details, or attendance at conferences. Suggestions submitted for consideration at a functional review workshop may be considered eligible for a cash award only when the suggestion is submitting prior to the meeting. If the suggestion is made by an individual selected to participate in the functional review workshop, the suggestion must have been submitted prior to the individual's selection.

NOTE: Suggestions that are outside the purpose of the TDY are eligible for cash awards.

e. The idea is within the suggester's job responsibility but is of significant value and tangible benefits equal to or exceeding the value of 5 years of the suggester's salary at the time the suggestion was submitted (see AFR 173-13).

**3-11. Award Reconsideration.** A suggester may ask for reexamination of the amount of an award or of the reason for disapproval of an award. The request must contain reasons for the review. The request is first reviewed by the installation SPM for resolution. If the SPM cannot resolve the case, the installation commander will reexamine it. If the suggester is still dissatisfied and states in writing valid reasons why, the installation SPM must forward the request to the suggester's parent MAJCOM SPM. In the case of an SOA, DRU, or HQ USAF activity, forward the request to HQ AFMEA/MERS, Randolph AFB TX 78150-6431, through the SPM's parent MAJCOM. HQ AFMEA/MERS evaluates the third request for review. Submit requests for award reexamination within 60 days from the date of official notification of the approval or disapproval of an award.

TABLE 3-1

SUGGESTION TRANSMITTAL INSTRUCTIONS

| LINE | A<br>Suggester's Status or Category | B<br>Addressee for Suggestion |
|---|---|---|
| 1 | A permanently assigned military or civilian (see note 1). | The installation SPM. |
| 2 | A member of another DOD component or Federal Aviation Agency (FAA) attached to an Air Force installation. | |
| 3 | A military member or civilian employee permanently assigned to an AFCOMS or AFOSI organization. | The AFCOMS SPM, Kelly AFB TX 78241-5000 or the AFOSI SPM, Bolling AFB DC 20332-6001. |
| 4 | A military member or civilian employee whose permanent duty station is not on a military installation. | The installation SPM of the servicing activity. |
| 5 | An Air Force Reservist whose unit is serviced by an Air Force Reserve (AFRES) consolidated base personnel office (CBPO). | The SPM for the installation where AFRES CBPO is located (see note 2). |
| 6 | An Air Force Ready Reservist not assigned to an Air Reserve unit. | The installation SPM were active duty organization to which assigned for administration is located (see note 2). |
| 7 | An Air Force Ready Reservist assigned individually to an office for administrative purposes (Mobilization Augmentee). | |
| 8 | TDY personnel. | TDY installation SPM (see note 3). |
| 9 | Retired Air Force military or Air Force civilian personnel (see note 5). | HQ AFMEA/MERS, Randolph AFB TX 78150-6431 (see note 4). |

II. SUGGESTION

| NAME OF SUGGESTER (Primary Contact...) | ORGANIZATION AND AUTOVON PHONE NO | DATE RECEIVED (To be filled in by Program Mgr) |
|---|---|---|
| TRACY C KISSLER | 1002 CES/DEEP 560-2388 | 20 AUG 1990 |
| BASE SUGGESTION OFFICE (Include office symbol, location & AUTOVON) (To be filled in by Program Mgr) | | SEPARATE DOCUMENT NO. (If any) |

SUBJECT OF SUGGESTION: GPS SHOULD BE USED FOR SURVEYING BASES

SUGGESTION NO. (To be filled in by Program Mgr): PETE 900570

AFTER THE FACT SUGGESTION? ☐ YES ☑ NO (If "YES", explain in text of suggestion. Provide information such as person contacted, date contacted, results of contact, etc.)

PRESENT METHOD (Describe completely, continue on bond if necessary)

CURRENTLY THE CONVENTIONAL SURVEYING METHODS USED FOR BASE COMPREHENSIVE PLANS AND OTHER REASONS, ARE BEING USED. THIS PRACTICE COSTS ABOUT $1,000. PER POINT AND IS TIME CONSUMING AND ALSO HAS AN ACCURACY OF ABOUT THIRD ORDER.

PROPOSED METHOD (Describe completely, continue on bond if necessary)

USING THE GLOBAL POSITIONING SYSTEM COSTS LESS MONEY OR ABOUT TWO-THIRDS LESS THAN THE CONVENTIONAL METHOD. SURVEYING CAN BE ACCOMPLISHED IN ABOUT ONE-TENTH OF THE TIME. THE ACCURACY OF BETTER THAN FIRST ORDER CAN BE ACHIEVED.

DESCRIBE EXPECTED BENEFITS

IF THIS PROGRAM WOULD BE IMPLEMENTED DOD WIDE, THE FEDERAL GOV'T WOULD SAVE MILLIONS OF DOLLARS ANNUALLY

ATCH 1



AF Form 1000, FEB 88 ... COPY 2 EVALU...

# SUGGESTION EVALUATION AND TRANSMITTAL

(To be completed by typewriter only. Follow instructions in AFR 900-4, Chapter 5)

| TO: (Include ZIP Code) | FROM: (Include ZIP Code) | INFO COPY TO: (Include ZIP Code) |
|---|---|---|
| DET 1000 MES/MET<br>Peterson AFB, CO 80914 | AFCEE/DGP<br>Brooks AFB, TX 78235-5318 | HQ AFSPACECOM/CE?<br>Peterson AFB, CO 80914 |

1. SUGGESTION TITLE: GPS USED FOR SURVEYING BASES

2. SUGGESTION NO.: PETE900507

3. ACTION TAKEN OR RECOMMENDED

A. APPROVED FOR ADOPTION — TOTALLY: X — PARTIALLY OR WITH MODIFICATION (Explain in Item 4)

EFFECTIVE DATE OF SUGGESTION: 1 Oct 93 (If target date is given, confirmation must be provided when action is completed.)

IMPLEMENTATION OF SUGGESTION IS (Explain method of adoption in item 4): MANDATORY (State if directed verbally or in writing; attach copy if feasible) — X OPTIONAL (Each using base must do an evaluation.)

RECOMMEND WIDER USE: X YES — NO (If "YES" explain in item 4)

B. PRIOR TO RECEIPT OF THIS SUGGESTION, RECOMMENDATION WAS IN USE OR UNDER CONSIDERATION. THIS SUGGESTION DID NOT CONTRIBUTE IN ANY WAY TO THE ACTION TAKEN. (Explain in item 4)

C. NOT APPROVED FOR ADOPTION. SHOW REASONS IN ITEM 4

D. RECOMMEND ADOPTION, BUT APPROVAL NOT WITHIN AUTHORITY OF THIS OFFICE. SHOW REASONS IN ITEM 4

E. NOT RECOMMENDED FOR ADOPTION, BUT DISAPPROVAL NOT WITHIN AUTHORITY OF THIS OFFICE. SHOW REASONS IN ITEM 4

F. OTHER (Use for comments when above categories do not apply. Explain in item 4.)

G. INTERIM RESPONSE/STATUS (Provide a target date when evaluation time requirement cannot be met.)

4. REASONS FOR ACTION TAKEN OR RECOMMENDED (If approved for adoption, describe the old method, if different from that described on AF Form 1000 as well as the new method. If applicable, describe changes required and disposition of resources saved.) (Continue on bond paper.)

The efforts taken by AFSPACECOM and Falcon AFB to use GPS for aerial survey control and ground surveying was a ground breaking effort for the Air Force in 1990 or 1989. We have been unable to verify the precise date of the first Air Force installation to use GPS, however, if Falcon AFB was not the first it was among several installations that initiated the use of GPS between 1988 to 1991. GPS has been in use by the private sector, to include government contractors and DMA, USGS and COE as early as 1985. The use of GPS is directly related to off-the-shelf receivers and the space-base platforms. As the receivers become less expensive and more available, GPS will surely be the standard for surveying control. In most cases, Air Force civil engineering mapping is required to be first order. GPS can provide the equivalent of first order accuracy for horizontal measurements, however,

HAVE YOU DISCUSSED THE SUGGESTION WITH THE SUGGESTER OR LOWER ECHELON IN EVALUATION CHANNEL? X YES — NO

SUGGESTION HAS IMPACT ON/INTERFACE WITH ANOTHER COST SAVING PROGRAM OR SEPARATE ACTION? YES — X NO

(If "YES" name program/procedure, give control/report number of separate action and furnish copy of document.)

5. BENEFITS (Complete for all suggestions adopted/recommend for adoption. Complete expected benefits for evaluation level only)

A. TANGIBLE (Define and give source of actual estimated dollar benefits. Specify personnel and material benefits for the first year after implementation as described in AFR 900-4. Explain both methods below.)

| COST OF FORMER METHOD (Continue on bond paper if needed.) | COST OF NEW METHOD (Continue on bond paper if needed.) |
|---|---|
| A contractor provided survey cost is measured in labor, material and profit. The traditional survey takes 5 weeks and cost is approximately $1000 per survey point. There are about 60 to 100 points per installation wide survey. Total cost is approximately $60K to $100K. | A GPS contracted survey takes approximately 9 days at a unit cost of approximately $660 per survey point. This would equate to $40K to $60K per survey job. |
| COST OF CONVERSION: $ NONE | NET FIRST YEAR DOLLAR BENEFITS: $ 400K to 800K: AVR $700K |

B. INTANGIBLE (Use when tangible cannot be computed or in addition to tangibles when warranted. Describe effect on operations, procedures, health, safety, welfare or morale. Give number of people and specific organizations affected. Show value and extent (AFR 900-4, Figure 5-1.) These blocks must be completed to determine appropriate award.)

5

| VALUE OF BENEFITS | MINOR | MODERATE | SUBSTANTIAL | HIGH | EXCEPTIONAL |
|---|---|---|---|---|---|
| EXTENT OF APPLICATION | | LIMITED (BASE) | EXTENDED (MAJCOM) | BROAD (USAF) | GENERAL (DOD or Wider) |

| TYPE EVALUATOR'S NAME, TITLE, ORGANIZATION, AND AUTOVON NUMBER | TYPE RESPONSIBLE OFFICIAL'S NAME, TITLE, AND ORGANIZATION (Branch level or above. Must be at least one level above evaluator) |
|---|---|
| ROGER D. BLEVINS, AICP, GM-14<br>Program Mgr, AF Comprehensive Planning<br>AFCEE/DGP (210) DSN 240-3798 | EDWARD J. BAKUNAS, GM-15<br>Chief, Planning & Engineering Div<br>AFCEE/DGP (210) 536/DSN 240-3374 |
| DATE: 25 FEB 93 — SIGNATURE OF EVALUATOR: [signature] | DATE: 26 FEB 93 — SIGNATURE OF RESPONSIBLE OFFICIAL: [signature] |

DEPARTMENT OF THE AIR FORCE
HEADQUARTERS AIR FORCE CENTER FOR ENVIRONMENTAL EXCELLENCE
BROOKS AIR FORCE BASE TEXAS

21 Sep 95

MEMORANDUM FOR HSC/MOS (Ms Martin)

FROM: HQ AFCEE/DGP

SUBJECT: SUGGESTION FAL 90-0570

In our review of the subject suggestion, we indicated that there is a cost savings to using Global Positioning System (GPS) versus the traditional aerial survey method which we cover in our Air Force Statement of Work (SOW). The SOW outlines procedures for installations to follow if they intended to use this method to create base maps of the installation. These guidelines were designed to assist the base in preparing specifications for aerial survey contracts. It did not preclude the installation from using other methods if they wished to do so. The SOW was simply a template which the installation could modify and tailor to their specific needs for their base mapping requirements.

Using GPS versus aerial surveying can be equated to using a word processor versus a manual typewriter. Both are capable of accomplishing the objective but one is more convenient, easier to use and possibly less expensive than the other. As the technology in these areas advance, it's presumable that newer, more sophisticated methods or machines will be developed that will even further improve the process in terms of time and money.

As previously stated, the SOW is a template to assist the user if they wished to accomplish base mapping using the aerial survey method. The SOW did not provide guidance on GPS at the time Mr. Kissler submitted his suggestion. It has, however, been revised to include guidance on GPS mapping requirements. By the fact that it was not addressed in the SOW, did not preclude anyone from using GPS to accomplish base mapping if they chose to do so. If a new technology were to emerge that would make base mapping simpler and less expensive, installations would be free to use it and we would eventually provide guidance relative to its use. It is not necessary for the guidance to precede the use of a technology, if that technology accomplishes the users desired objective.

We are struggling with how to complete the AF FORM 1000-1, given the information provided above. Obviously, if an installation wishes to use the traditional method of aerial surveying for base mapping to accomplish specific needs, we have the guidance to do that. If they wish to use GPS, we've now included that. And, if a new technology emerges which improves on GPS, we'll include that when it makes the scene.



Printed on Recycled Paper

We applaud Mr. Kissler for his suggestion to use a better method to get the job done. Since installations have the flexibility to use or not use our SOW guidance, they are free to use available technologies that would get the job done better and at less expense. We would welcome any suggestions you may have on how best to complete the AF FORM 1000-1 since there were no mandatory requirements on how to perform base mapping; only guidance on the aerial survey method.

Please call me at 536-3334 (DSN 240-3334) or Mr. Blevins at 536-3798 if you need more information or require further information.

EDWARD J. BAKUNAS
Chief, Planning Division

Attachment:
Suggestion File

# SUGGESTION EVALUATION AND TRANSMITTAL

*(To be completed by typewriter. Follow instructions in AFI 25-801, Chapter 4)*

| TO: *(Include ZIP Code)* | FROM: *(Include ZIP Code)* | INFO COPY TO: *(Include ZIP Code)* |
|---|---|---|
| 50 SW/MOP<br>300 O'MALLEY AVENUE STE 43<br>FALCON AFB, CO (80912-3043 | HQ AFCEE/DGP<br>8006 Chennault Rd<br>Brooks AFB,TX 78235-5364 | |

| 1. SUGGESTION TITLE | 1A. FUNCTIONAL ACCOUNT CODE | 2. SUGGESTION NO. |
|---|---|---|
| GPS Used for Surveying Bases | | FAL 90-0570 |

| | YES | | NO | |
|---|---|---|---|---|
| HAVE YOU DISCUSSED THE SUGGESTION WITH THE SUGGESTER OR LOWER ECHELON IN EVALUATION CHANNELS? | YES | | NO | X |
| SUGGESTION HAS IMPACT ON/INTERFACES WITH ANOTHER COST SAVINGS PROGRAM OR SEPARATE ACTION? *(If "Yes" name program/procedure. Give control/report number of separate action and furnish copy of document.)* | YES | | NO | X |

3. EVALUATION OF SUGGESTION. *(If approved for adoption, describe the old method if different from that described on AF Form 1000 as well as the new method. If applicable, describe changes required and disposition of resources saved.) (Continue on bond paper, if needed.)*

The suggestion proposes to perform base mapping using GPS versus Aerial Photography. GPS is an industry technology that utilizes satellite imagery to map features of an installation for purposes or creating base maps. Aerial Photography is a method which requires aerial flyovers with specialized photo equipment to create a similar imagery. Both basically accomplish the same end result; however, GPS has proven to be less expensive and quicker. At the time of Mr Kissler's proposal, the only Air Force guidance available to the field on base mapping was on the Aerial Photography method. The guidance was in the form of a suggested statement of work which installations could use to write a contract to perform the work. There were no restrictions to using GPS to do base mapping if the installations wished to do so; however, there was no suggested SOW available which the installation could use. It would have required them to prepare their own statement of work if they choose to use GPS. As a result of Mr Kissler's suggestion, a statement of work on contracting for GPS services and products was developed and incorporated into Air Force guidance. The result is that installations who wish to use GPS to do base mapping now have a suggested statement of work which they can use in whole, or modify,to contract for GPS services. It has made the task of preparing a statement of work for GPS services and products simpler and easier for the installation. We apologize for the delays in coming to closure on this suggestion. We applaud Mr Kissler for his suggestion to utilize GPS services in accomplishing base mapping.

4. ACTION TAKEN OR RECOMMENDED.

| | | | |
|---|---|---|---|
| X | A. APPROVED FOR ADOPTION. *(Complete blocks 4C, D, E, and 5A and/or 5B.)* | | TOTALLY |
| | | X | PARTIALLY OR WITH MODIFICATIONS *(Explain in Item 3.)* |
| | B CONCUR. *(Approval pending implementation. Concurrence becomes approved upon implementation. Complete block 4C, D, E, and 5A and/or 5B.)* | | TOTALLY |
| | | | PARTIALLY OR WITH MODIFICATION *(Explain in Item 3.)* |
| X | C. EFFECTIVE DATE OF SUGGESTION: 18 Aug 93 *(If target date is given, confirmation must be provided when action is completed.)* | | |
| X | D. IMPLEMENTATION IS: | | MANDATORY *(Explain method of adoption in Item 3.)* |
| | | X | OPTIONAL *(Each using base must do an evaluation.)* |
| X | E. RECOMMEND WIDER USE. | | YES *(If yes, list other potential users. Explain in Item 3.)* |
| | | X | NO |
| | F. PRIOR TO RECEIPT OF THIS SUGGESTION, RECOMMENDATION WAS IN USE OR UNDER CONSIDERATION. THIS SUGGESTION DID NOT CONTRIBUTE IN ANY WAY TO THE ACTION TAKEN *(Explain in Item 3.)*. | | |
| | G. RECOMMEND ADOPTION, BUT APPROVAL NOT WITHIN AUTHORITY OF THIS OFFICE. *(Show reasons in Item 3.)* | | |
| | H. NOT RECOMMENDED FOR ADOPTION, BUT DISAPPROVAL NOT WITHIN AUTHORITY OF THIS OFFICE. *(Show reasons in Item 3.)* | | |
| | I. OTHER *(Use for comments when above categories do not apply. Explain in Item 3.)* | | |
| | J. INTERIM RESPONSE/STATUS *(Provide a target date when evaluation time requirement cannot be met.)* | | |

| EVALUATOR *(Type Name, Title, Organization, and DSN Number)* | | RESPONSIBLE OFFICIAL *(Type Name, Title, and Organization at Branch level or above. Must be at least one level above evaluator.)* | |
|---|---|---|---|
| Edward J. Bakunas<br>Chief,Planning Division<br>HQ AFCEE/DGP DSN 240-3334 | | R. Mikeual Perritt<br>Acting Director, Air Force Design Group HQ AFCEE/DG | |
| SIGNATURE OF EVALUATOR [signature] | DATE 28 Sep 95 | SIGNATURE OF RESPONSIBLE OFFICIAL [signature] | DATE 28 Sep 95 |

K. NOT APPROVED FOR ADOPTION.

| DISAPPROVAL AUTHORITY *(Type Name, Title, and Organization)* | SIGNATURE | DATE |
|---|---|---|
| | | |

AF FORM 1000-1, APR 94 *(EF-V2)* *(PerFORM PRO)* ...2, NOV 88, WHICH IS OBSOLETE.

| | |
|---|---|
| 5. SAVINGS/BENEFITS: *(Complete if blocks 4A, 4B, or ~n are marked. Provide expected benefits for this evaluation level only.)* | SUGGESTION NO. |
| A TANGIBLE SAVINGS: *(Define and give source of actual estimated dollar savings. Specify personnel and material savings for the first year after implementation as described in AFI 25-801. Explain both methods below.)* | FAL 90-0570 |

COST OF NEW METHOD *(Continue on bond paper if needed.)*

COST OF FORMER METHOD *(Continue on bond paper if needed.)*

COST OF CONVERSION:

SAVINGS COMPUTATION:

| | | |
|---|---|---|
| Cost of Former Method: | $ | |
| Less Cost of New Method: | | |
| Total: | $ | |
| Less Cost of Conversion: | | |
| Total Estimated First Year Savings: | $ | |

B. INTANGIBLE BENEFITS: *(Use when tangible savings cannot be computed or in addition to tangibles when warranted. Describe effect on operations, procedures, health, safety, welfare or morale. Give number of people and specific organizations affected. Show value and extent (AFI 25-801, Figure 4.1.) These blocks must be completed to determine appropriate award.)*

As a result of Mr Kissler's suggestion, Air Force guidance on contracting for GPS services was developed and added to the Master Statement of Work. This guidance will help Air Force installations scope base mapping requirements when contracting for GPS services and assist them in developing a valid statement of work. There may be some savings of time since installations can draw on guidance in the Master Statement of Work as opposed to creating a statement of work from scratch. By adding GPS guidance to the Master Statement of Work, it also increases the awareness of GPS technology for developing base maps for planning, engineering and other installation requirements.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| VALUE OF BENEFITS | | MINOR | X | MODERATE | | SUBSTANTIAL | | HIGH | | EXCEPTIONAL |
| EXTENT OF APPLICATION | | | | LIMITED *(Base)* | | EXTENDED *(MAJCOM)* | X | BROAD *(USAF)* | | GENERAL *(DoD or Wider)* |

AF FORM 1000-1, APR 94 *(EF-V2) (PerFORM PRO)*

DEPARTMENT OF THE AIR FORCE
HEADQUARTERS AIR FORCE CENTER FOR ENVIRONMENTAL EXCELLENCE

? 3 MAR 1996

HQ AFCEE/ECP
3207 North Road
Brooks AFB TX 78235-5363

Jennie L. McCall
50 SW/MOP
300 O'Malley Ave, Ste 43
Falcon AFB CO 80912-3043

Dear Jennie

I am requesting reevaluation of suggestion FAL 90-0570 as I have determined it was incorrectly evaluated. The following attachments are supporting documentation that substantiates my request:

Attachment 1 explains my rebuttal of the evaluation and further explains the processes of surveying with Global Positioning System (GPS) versus conventional surveying along with the process of aerial photography. Attachment 2 identifies the chronology of events and has identified multiple discrepancies. Attachment 3 is a list of data sources that can help the evaluator to correctly assess the suggestions merits. Attachments 4 and 5 are articles written by HQ AFCESA on GPS and identifies tangible benefits. Attachment 6 is an Engineering Technical letter from the US Army Corps of Engineers discussing applications of Differential GPS.

If you or your staff have any comments, please contact me at DSN 240-4204 or COMM (210) 536-4204.

Sincerely

Tracy C Kissler

TRACY C. KISSLER, GS-13
Environmental Program Manager
Environmental Planning Division

Attachments:
1. Rebuttal of Evaluation
2. Chronology of Events
3. GPS Data Sources
4. Article, Air Force Goes GPS
5. Article, Precision Lightweight GPS Receiver (PLGR) AN/PSN-11
6. ETL 1110-150

## Rebuttal and Explanation of Suggestion Evaluation Notes/Memos (FAL 90-0570):

**21 Sep 95:** Memorandum to HSC/MOS from HQ AFCEE/DGP discussing the suggestion:

**Paragraph 1:** The first sentence implies that the suggestion is to replace aerial photography with GPS. The suggestion did not, at any time, recommend replacing aerial photography with the use of GPS. This procedure is impossible to obtain with GPS as it is not capable of creating photographs. The evaluator is confused with the process of the use of Remote Sensing which can still be a form of aerial photography or satellite imagery. GPS is a substitute for costly conventional surveying which is used to set ground control points (GCP) that are georeferenced in aerial photography or satellite imagery, for creating a base map.

The following outline is the process and data needed to create an accurate base map realizing the cost effectiveness of a GPS survey. There are three principal processes to create a good accurate base map, and more importantly, surveying objects on the surface of the Earth as georeferenced points that are identified using remotely sensed data. The following identifies industry standards for map production:

1. **Survey of the Site for GCPs is accomplished by one of 2 methods.**

**Method 1:** The first method is the traditional survey of GCPs. This is accomplished by a state certified surveyor starting at known points and measuring angles and distances until they arrive at the desired GCP. Usually back at an office these angles and distances are converted to points in the coordinate system desired. It could take many hours or days to retrieve a coordinate for each GCP.

**Method 2:** The second method is the GPS (Global Positioning System). A GPS receiver is setup over a known point or an unknown point, and it accurately records the time and an intentional error is automatically introduced by the U. S military (the operators of the GPS) into the system. One or more additional GPS receivers are then taken to the desired GCP(s) and records the coordinates in the coordinate system desired. At this point, the coordinate could be up to 100 meters off. A computer is used to download the recorded points and the intentional error introduced by the U. S. military is removed. Most GPS units have an accuracy of 1 to 10 feet. GPS receivers do not download any type of photo, image, thermal or infrared data from satellites. They simply listen to the radio transmission and figure out where they are on the surface of the Earth in the coordinate system desired.



ATCH 1

**2. Acquisition of aerial photography or satellite imagery and its rectification.**

The acquisition of aerial photos or imagery can be accomplished with aircraft or satellites. A process known as Aerotriangulation is performed. This process is the identifying the GCPs on the photos or imagery and then stretching, twisting and adjusting the photo or image so that the computer thinks the photo or image is the same size as the surface of the Earth.

**3. Compilation of the features on the photos or imagery to create the base map.**

A trained photogramitrist or image processing technician adds points, draws lines and shades in areas which create the base map and all of it's features. If the photography or imagery was flown too high to see features, such as man hole covers, the only way to accurately place them on your base map is to fly the routes using higher resolution photography or surveying with one of the methods above. Typically photos are flown on the routes using low resolution photography on larger installations and counties. However, due to economics, the additional cost of acquiring manholes and hidden features is not realized at the time of contract award. This is where GPS really stands out in efficiency, accuracy and tremendous cost savings. One person with a GPS receiver can survey 30% to 50% faster than conventional survey and only one person is needed instead of two or three. This person could have the GPS connected to a small computer and enter unlimited information about the feature just surveyed. The information goes directly in the computer and is capable of transmitting and creating or adding features to a base map much faster using GPS. If you have not used an accurate surveying method to create a good base map, it is next to impossible to update a map accurately. GPS allows for the identification and location of features hidden on the photograph or imagery at a considerable cost savings over conventional surveying methods.

**Paragraph 2:** The first sentence states "Using GPS versus aerial surveying can be equated to using a word processor versus a manual typewriter". It is confusing how one can compare the technology of GPS, the Satellite System that gave the GCP to "Smart Bombs" for detailed targeting during the Gulf War, to a manual typewriter. The evaluator is somewhat confused as to what conventional surveying and GPS surveying is in relationship to aerial photography. Aerial photography is remote sensing and Satellite imagery is remote sensing. GPS supports both methods in the same manner and provides a precise measurement, compared to conventional surveying, in rectifying photos or images. Also, the evaluator is somewhat confused in comparing GPS to remote sensing/image processing. Again, the original suggestion was to utilize GPS for surveying, not replace aerial photography with GPS as the evaluator eludes to.

**28 Sep 95:** AF Form 1000-1, the following evaluation discrepancies have been identified throughout the five year evaluation process:

**General:** The form asks the question "Have you discussed the suggestion with the suggestion or lower echelon in evaluation channels?" That box is marked "no" which contradicts the 25 Feb 93, 6 June 94, June 94, and the 23 Dec 94, AF Form 162's that ask the same question and are all marked "yes".

**Question 3:** Evaluation of Suggestion, is incorrect in comparing it to the original suggestion as mentioned above. Again, the evaluator is somewhat confused between the difference of conventional surveying, GPS surveying and aerial photography and the relationship to each other.

**Question 4C:** A third effective date of the suggestion has been identified as 18 Aug 93.

**Question 4D:** The suggestion identified implementation as "optional" after the evaluator has stated that it is now part of their standard Statement of Work, reference the 23 Dec 94, AF Form 162.

**Question 4E:** The reply does not recommend the use of GPS surveying methods for wider use, although it has been adopted and used on a wider basis as stated in the original suggestion "use of GPS for surveying purposes". It is currently being used to delineate wetlands in conjunction with remote sensing (which is a form of aerial photography or Satellite Imagery). It was also recommended for wider use in the HQ AFCEE/DGP, 25 Feb 93, AF Form 162. The original suggestion was not entirely related to just comprehensive planning.

**Question 5B:** The reply identifies that the suggestion merits only intangible benefits, thus contradicting the HQ AFCEE/DGP, 25 Feb 93, AF Form 162, "First year tangible benefits of $400-800K, findings indicate GPS does allow surveys to be conducted in less time, thereby a direct savings to the Air Force". Yes there are intangible benefits for adding it to the Master SOW, however, within the last five years of evaluating, no consideration of evaluating known tangible benefits has occurred on the real intent of the suggestion. The value of the tangible benefits are at least one thousand times greater that the intangible benefits.

## Chronology of Suggestion Evaluation Notes/Memos (FAL 90-0570):

**Apr 90:** I originally submitted my suggestion for the "use of GPS for surveying purposes" to the 50 CES Suggestion Monitor at Falcon AFB, CO.

**20 Aug 90:** Upon inquiry, I learned that my suggestion had been lost by the 50 CES Suggestion Monitor; I resubmitted my suggestion.

**15 Feb 91:** After a six month delay, I sent a congressional inquiry to Congressman Joel Hefley explaining delay problems that I had experienced with my suggestion. I explained that the Suggestion Monitor had promised a reply by 25 Nov 90, and to date had yet to receive a response.

**15 Apr 91:** HQ USAF/CECE, approved my suggestion "in concept"; per AF Form 162 and requested that Specifications for supporting the suggestion be developed by HQ AFSPC and 50 CES.

**29 Apr 91:** Received response from Congressman Hefley's office that my congressional inquiry had been received by his office and that I would be getting a response from the evaluator soon (I actually received it on 15 Apr 91, above).

**30 Apr 92:** AF Form 162, from HQ AFSPC/CECX, recommended that HQ USAF/CECE be the final evaluator of the suggestion. The suggestion was subsequently returned to HQ USAF/CECE by HQ AFSPC and 50 CES with the Specifications requested on 15 Apr 91.

**20 Nov 92:** HQ AFSPC/CEV forwarded the suggestion to HQ AFCEE/DGP for evaluation.

**25 Feb 93:** HQ AFCEE/DGP, acknowledged, per AF Form 162, that the first year tangible benefits of my suggestion, if implemented, would be $400-800K; their findings acknowledged that indeed GPS does allow surveys to be conducted in less time, resulting in a direct savings to the Air Force.

**22 April 94:** HQ AFCEE/DGP forwarded a Memorandum to HQ AFCEE/MS stating that the suggestion had been accepted and implemented.

**10 May 94:** 50 SW/MO forwarded a Memorandum to HQ AFSPC/CECB requesting additional information such as: (a) the number of surveys completed between 1 Oct 93 through 30 Sep 94; (b) the cost of each survey under the former method and costing methodology; and (c) the cost of each survey under contract F41624-94-D-8002 with source documentation. A response was due to 50 SW/MO by 7 Jun 94.



ATCH 2

**6 June 94:** HQ AFSPC/CECB replied to above Memorandum, requesting additional data be provided by HQ AFCEE/DGP (it also identified that the AFCEE contract is not the only source for tangible benefits realized by the suggestion).

**28 June 94:** HQ AFCEE/DGP per AF Form 162, states that the AFCEE contract delivery order has not included any surveying to date. DGP requests a 6 month extension for review. (However, Vandenberg AFB and Edwards AFB have already been using GPS under other contract delivery orders in that time frame.)

**23 Dec 94:** HQ AFCEE/DGP, per AF Form 162, responds to the 10 May 94 memo "the suggestion is now a requirement in the Master Statement of Work for Comprehensive Planning". However, DGP had provided the same reply in the 22 April 94 Memorandum. DGP, again, recommends approval and implementation of the suggestion. The 6 Jun 94 memo, requesting data from DGP, has yet to be provided to the suggestion office.

**4 Jan 95:** HSC/MOS forwarded a Memorandum to HQ AFCEE/DGP, requesting further explanation of questions to the 10 May 94 memo which referenced the 6 Jun 94 memo (requesting data from DGP, which had not yet been provided). The memo identified an approval date of 23 Dec 94 with and implementation date of 22 Apr 94, which conflicts with the first approval date of 25 Feb 93 with an implementation date of 1 Oct 93.

**6 Jul 95:** HQ AFSPC/XPMP forwarded a Memorandum to HQ AFMC/XPMS, requesting assistance in getting suggestion on the right track from the evaluator. The memo states "As such, potential tangible benefits of GPS use reaches beyond HQ AFCEE's implementation of the suggestion with the Environmental Comprehensive Plans Open End Contract - all AF contracts using the Master SOW should be included while determined tangible or intangible benefits." The memo also references AF Form 162, 19 Jan 95, section 5B, (which I do not have a copy of) which discusses added features not previously available. "Could they be of overall tangible economic benefit? ". Ironically, they have recommended the same sources of data as the 6 Jun 94, AF Form 162 from HQ AFSPC/CECB.

**21 Sep 95:** HQ AFCEE/DGP forwarded a Memorandum to HSC/MOS discussing the finalized suggestion evaluation.

**28 Sep 95:** HQ AFCEE/DGP forwarded a AF Form 1000-1 to HSC/MOS with the final evaluation.