## GPS Information and Data Sources:

The listing below includes information and data sources pertinent to the successful completion of a GPS survey project. Make your selection from the following categories:

DATA; GPS DATA:

American Congress on Surveying and Mapping
Australian Surveying and Land Information Group (AUSLIG)
Bureau of Land Management
Camborne School of Mines, University of Exeter
Center for Mapping
Coast and Geodetic Survey
Council of Professional Surveyors
Dr Dan's Fish and Game Predictions
Earthmap
Earth Science Information Center
EROS Data Center
Federal Geographic Control Subcommittee
Federal Geographic Data Committee
Geodetic Survey of Canada
German Institue of Applied Geodesy
GIS Master Bibliography Project
Global Land Information System
    [Goddard Space Flight Center Crustal Dynamics Data Information Service ]
Institute of Navigation
International GPS Service for Geodynamics
    [Paul Tarr's Reference Links to GPS General Information Sources]
Michigan State University
National Geospatial Data Clearinghouse
National Information Infrastructure (NII)
National Ocean Service
National Spatial Data Infrastructure
National Spatial Reference System
National Wetland Inventory
NOAA Nautical Charting Division
National Center for Geographic Information and Analysis
    [ Santa Barbara ]
    [Maine ]
    [ SUNY Buffalo ]
Open GIS Consortium
The Globe Program
The Earth Observation System



ATCH 3

The University of Texas
[GPS Overview]
[ Geodetic Data Overview ]
[ Coordinate Systems Overview ]
[ Map Projections Overview ]

UCSD Scripps Orbit and Permanent Array Center
University NAVSTAR Constorium

Army
U. S. Army Corp of Engineers
U.S. Army Topographical Engineering Center
[Surveying Division]
[Precise Survey Team]

U.S. Coast Guard Navigational Information Center
U.S. Defence Mapping Agency (DMA)
U. S. Department of Defense (DOD)
U.S. Geological Survey (USGS)
USGS Data Product Index
USGS National Mapping Program
U. S. National Geodetic Survey (NGS)
U.S. Naval Observatory NAVSTAR GPS Operations

EARTHQUAKE DATA:
Up-to-date Southern California Earthquake Info
Hyougo Nanbu earthquake (GPS)

GLONASS DATA:
*Coordinational Scientific Information Center of Russian Space Forces*

Lincoln Laboratory GLONASS Group

PUBLICATIONS:

Academic Press, Inc.
GPS World Magazine
Professional Surveyor Magazine
TOPO! Interactive Maps on CD-ROM

TRAINING:
Introduction to GPS applications
Navtech Seminars & GPS Store
WF Software Systems

# AIR FORCE GOES GPS

*By Capt. John Russell Odum*



*The Precision Lightweight Global Positioning System Receiver (PLGR)*

AIR Force Civil Engineering began exploiting space capabilities with the recent order of 1,769 Precision Lightweight Global Positioning System Receivers (PLGRs) by AFCESA Readiness. This order will make Air Force Civil Engineering the largest PLGR user in the Air Force. Several GPS characteristics will improve the ability of Air Force civil engineers to perform their mission. These include extremely accurate three-dimensional, absolute position, and velocity information and time data; a worldwide common grid used by other Services; passive, all-weather operation; real-time, continuous information; and survivability in a hostile environment because it's space-based.

## Description

The Navstar GPS is a space-based radio positioning and time-transfer system with three main segments: space, control, and user. The space segment is a constellation of 24 Navstar satellites in six orbital planes. The satellites broadcast radio frequency signals that carry ranging codes superimposed with navigation, time, and satellite data. The satellites are spaced so that at least four of them will be in view anywhere on or near the earth's surface at anytime. The control segment includes a Master Control Station at Falcon AFB, CO, and monitor stations and ground antennas around the world. The user segment has GPS receivers like the PLGRs that enable users to receive and process data from the satellites.



*The PLGR helps individuals and crews locate themselves from the ground, the sea, and the air.*

## Accuracy Levels

GPS, with both military and civilian users, provides two accuracy levels: Precise Positioning Service (PPS) and Standard Positioning Service (SPS). The full accuracy PPS is intended for U.S. and allied government agencies, their military forces, and selected civil GPS users. The limited accuracy SPS is designed for the needs of remaining civil users. Both levels provide three-dimensional position, velocity information, and precise time.

PPS counteracts the effects of Selected Availability, the inten-



ATC # 4



*Position location accuracy of PLGR is 16 meters' spherical error probable.*



*The PLGR has a variety of engineering and other applications.*

tional introduction of errors in the GPS signal, and an adversary's attempt to use a deception jammer, but the SPS does not. The PLGR provides full PPS positioning and timing accuracy. A PPS GPS receiver has an 8-meter horizontal position accuracy, circular error probable (CEP), the radius of a horizontal circle containing 50 percent of all possible position fixes. A SPS GPS receiver, like the Small Lightweight GPS Receiver used in Operation Desert Storm, has a 40-meter CEP accuracy.

## PLGR

The PLGR is the standard DOD handheld and vehicular GPS receiver and will be used by the Air Force, Army, Navy, and Marines. It is a five-channel digital GPS receiver that provides information in latitude, longitude, altitude, and military grid reference system co-ordinates. It also references positions to 49 map datums, including WGS-84, and displays angular measurements referenced to true, grid, or magnetic north. Position accuracy is listed as less than 16 meters' spherical error probable (SEP is the radius of a sphere containing 50 percent of all possible position fixes), velocity accuracy as 0.1 meter/second, and time accuracy as 100 nanoseconds (billionths of a second). It's small, less than 90 cubic inches, and weighs less than 2.7 pounds.

The PLGR can also operate as a differential GPS (DGPS) receiver. This method improves positional accuracies in real time by establishing a GPS reference site that compares its predetermined location with its GPS-derived position. The difference is broadcast to PLGRs in a local area as a correction signal. The PLGR operating in the differential mode can achieve 1.1-meter positioning accuracies. The DGPS positional accuracies degrade as the distance from the reference receiver increases.

## Military Applications

The positioning and navigation capabilities of the PLGR GPS receivers will be a force multiplier in many military operations. Since GPS permits Services to use a common grid, all aspects of air, ground, and sea operations can improve substantially. Air operations applications include improved navigation that can reduce flight times and fuel consumption, pinpoint cargo drops, and make faster rescue times for downed airmen.

Ground forces can also benefit from the real-time positioning capabilities in applications such as field artillery and mine emplacement, as well as target acquisition and location. One use proposed by the Army is to place a GPS receiver and video camera in a projectile shell and fire it over enemy territory to perform reconnaissance. The shell would deploy a steerable parachute that would allow the user to maneuver it to areas of interest. The GPS and video camera unit would send back color video with GPS derived co-ordinates superimposed on it.

## Air Force Uses

An analogous Air Force Civil Engineering application to the Army proposal might be a GPS and video camera unit on a remotely piloted vehicle for explosive ordnance reconnaissance or base damage assessment. There are many other potential GPS applications for Air Force Civil Engineering. These include, but are not limited to: deployment site surveys; work that is partly navigation and tracking; vehicle navigation and tracking; utility valve location; co-ordination with Army, Navy, and Marine GPS systems; contingency area mapping; and inventory management.

## Points of Contact

GPS is a powerful force enhancing tool. Air Force Civil Engineering Prime BEEF, RED HORSE, Disaster Preparedness, Explosive Ordnance Disposal, and Fire Department units will develop many new GPS applications as they begin using PLGRs in the field. The PLGR point of contact at AFCESA Readiness is MSgt. Dutton, DSN 523-6130. Please call Captain Odum at DSN 692-2536 if you have questions on GPS or other space technology equipment and services.

*Capt. John Russell Odum, P.E., is a Military Construction Project Manager who works on space plans issues for HQ Air Force Space Command. He holds a B.S degree in electrical engineering and an M.E. degree in space operations.*

A-GRAM
AIR FORCE CIVIL ENGINEER SUPPORT AGENCY

95-10 FEBRUARY 1995

# PRECISION LIGHTWEIGHT GLOBAL POSITIONING SYSTEM (GPS) RECEIVER (PLGR) AN/PSN-11

## SYNOPSIS

USAF Civil Engineers (CE) have taken a step into the future with the exploitation of space capabilities. Within the next month, all CE squadrons should have received the AN/PSN-11 PLGR or, as it is better known, the GPS. The GPS provides the BCE with the following capabilities:

- Extremely accurate three-dimensional, absolute position and velocity information, and time data;
- Access to the worldwide common grid used by other Services or other countries. The AN/PSN-11 is the DoD standard GPS;
- Passive, all-weather operation;
- Real-time, continuous information;
- Survivability in a hostile environment because it is space-based.

The initial requirement for a GPS was identified as a lesson learned from Operation DESERT STORM. Explosive Ordnance Disposal (EOD) needed a capability to accurately respond and pinpoint the locations of crashed aircraft or jettisoned ordnance sites. Further discussion within HQ AFCESA revealed other functional areas required GPS capabilities.

## APPLICATION TO CE

The positioning and navigational capabilities of the GPS are a force multiplier in many military operations areas. Since it allows all Services to use a common grid, all aspects of air, land, and sea interoperability are vastly improved. There are many potential applications for the GPS. These include, but are not limited to, deployment site surveys; force beddown; work party navigation and tracking; vehicle navigation and tracking; utilities location, layout, and repair; contingency area mapping; inventory management; minimum operating strip determination; damage assessment in both peace and war; downwind hazard plotting; and plotting accident sites.



The GPS has been distributed primarily for deployment use, but is available for day-to-day use. We welcome any and all feedback.

The distribution is based on the following:

1. CE unit type codes for active, Guard, and Reserve forces
   a. Each 4F9E5 gets four GPSs
   b. Each 4F9E6 gets two GPSs.
   c. Each Disaster Preparedness (DP) 4F9D2 gets two GPSs
   d. Each EOD 4F9X1 gets two GPSs
   e. Each EOD 4F9X2 gets one GPS
2. RED HORSE squadrons get two GPSs.
3. DP receives one additional GPS for peacetime response.
4. EOD Flights supporting range clearance operations receives additional GPSs based on inputs from the MAJCOMs.
5. Additionally, all technical training schools and training sites have been provided the GPS.

## ACCURACY LEVELS

The GPS provides two accuracy levels: Precise Positioning System (PPS) and Standard Positioning System (SPS). The full accuracy of the PPS is intended for US and allied government users and selected civil GPS users. Use of the PPS requires the input of a cryptographic code. All military users are authorized this code and must coordinate the request through their local base communications security office. The crypto code ordering instructions were provided to each MAJCOM with a request to distribute them to all CE squadrons. If you have not received a copy, please contact the readiness director at your MAJCOM for a copy. The limited accuracy SPS is designed to meet the needs of the remaining civil users. PPS and SPS provide users with three-dimensional position, velocity and precise time. PPS counteracts the effects of selected availability (the intentional introduction of errors in the GPS signal) and an adversary's attempt to use a deception jammer, while SPS does not. The Joint Service Program Office is currently working a project to incorporate the PLGR capability into a survey instrument using the differential operation mode. As this project nears completion, we will provide additional information.

## BOTTOM LINE

The AN/PSN-11 PLGR (GPS) is a powerful, force-enhancement tool. Air Force CE units will develop many new uses for GPS as they become more familiar with its use and capabilities.

## CONTACT:

MSgt Marshall "Doc" Dutton
HQ AFCESA/CEXD
139 Barnes Drive Suite 1
Tyndall AFB FL 32403-5319
DSN 523-6120 or FAX 523-6383

*A-Grams are products of HQ AFCESA/PC, Tyndall AFB, Fla., 32403-5319* ATCH 5

DEPARTMENT OF THE ARMY
U. S. Army Corps of Engineers
Washington, D.C. 20314-1000

CECW-EP-S

ETL 1110-1-150

Engineer Technical Letter
No. 1110-1-150

1 July 1991

# Engineering and Design
# APPLICATIONS OF DIFFERENTIAL GLOBAL POSITIONING SYSTEM (DGPS) FOR HYDROGRAPHIC SURVEY AND DREDGE POSITIONING

## 1. Purpose

This letter presents technical guidance on the technology, operation, application, and acquisition of the Differential Global Positioning System (DGPS) in positioning hydrographic survey vessels, dredges, and other mobile platforms.

## 2. Applicability

This letter applies to all USACE Commands that perform hydrographic surveys in support of civil works activities. The guidelines are also applicable to USACE functional areas having responsibility for marine design, construction, and investigation activities, such as dredge plant positioning and control, dredging contract administration, offshore geotechnical investigations and studies, and coastal regulatory enforcement activities.

## 3. References

*a.* ER 1130-2-307, Dredging Policies and Practices.

*b.* EM 1110-1-1003, NAVSTAR Global Positioning System Surveying.

*c.* EM 1110-2-1003, Hydrographic Surveying.

*d.* CW 01334.1, Civil Works Construction Guide Specification for Procurement of a Real-Time Differential Global Positioning System (DGPS).

## 4. Discussion

*a.* The Global Positioning System (GPS) is a continuous, all-weather, world-wide, satellite-based electronic positioning system developed by the DOD. Its primary purpose is to provide a precise, positioning and navigation service (PPS) to the U.S. military and its allies. A similar service available to the general public, with degraded accuracy, is known as standard positioning service (SPS). With one receiver, i.e., "absolute mode," the three dimensional (3-D) positional accuracies of the two services are approximately 16 and 78 meters, respectively.

*b.* Over the past several years, methods have been developed to process signals from two GPS receivers operating simultaneously to determine the 3-D line vector between the two receivers. This technique is known as "differential positioning" (i.e., DGPS) and can produce real-time positions of a moving platform (vessel) at either of two levels of accuracy: 3 meters and 0.1 meter. The 3-meter accuracy DGPS uses a satellite signal code tracking technique and is currently functional and available for acquisition by USACE Commands. Operations and Maintenance (O&M) funded research is continuing on a DGPS carrier phase tracking system that will be accurate to 0.1-meter in three dimensions.

*c.* This differential technique has application to positioning USACE survey vessels, dredges, and other mobile platforms. When operating in a differential mode it is capable of providing real-time positional and navigational information at accuracies equalling or exceeding present day hydrographic survey or dredge positioning methods. Increased use of GPS is expected to provide more accurate payment surveys and thus reduce disputes and claims arising from errors in survey measurements. Current shore-based survey control and manpower requirements may be reduced using DGPS positioning techniques. Within this decade, the DGPS is expected to become a primary survey reference for all types of engineering, construction, and real estate activities, given its potential for real-time, continuous positioning accurate to 0.1 meter in all three dimensions.

*d.* Since many DGPS techniques are still in the developmental stage, a general understanding of the technology, operating principles, accuracies, limitations, and costs is essential to properly implement DGPS. The



ATCH 6

# Global Positioning System Operating Principles and Modes

## 1. General

The NAVigation Satellite Timing and Ranging (NAVSTAR) GPS is a passive, satellite-based, navigation system operated and maintained by the Department of Defense (DOD). Its primary mission is to provide passive global positioning/navigation for land, air, and sea based strategic and tactical forces. A GPS receiver unit can be most simply described as a range measurement device: distances are measured between the receiver and the satellites and the position is determined from the intersections of multiple range vectors – a trilateration process in three dimensions. These distances are determined in the GPS receiver by accurately measuring the time it takes a signal pulse to travel from the satellite to the receiving station. This measurement process is similar to that used in conventional pulsing marine navigation systems and in phase comparison electronic distance measurement (EDM) land surveying equipment.

## 2. NAVSTAR GPS System Configuration

The NAVSTAR GPS consists of three general components: (1) Space Segment, (2) Control Segment, and (3) User Segment.

*a. Space Segment.* The GPS space constellation will eventually consist of 21 satellites and 3 operational spares. The satellites, more commonly referred to as space vehicles (SV), will be situated in 6 orbital planes at an altitude of approximately 20,000 kilometers. The orbital period of each satellite is approximately 12 hours. The current GPS constellation (1990) consists of 14 satellites. In North America, this incomplete constellation now provides a three dimensional (3-D) observation window of 5-6 hours per day. Two dimensional (2-D) positions can now be obtained some 15-20 hours per day. A twenty-four hour 2-D window should be available by May, 1991. The length of the 2-D window is dependent on the users geographic location, minimum elevation angle, and the satellite geometry. The launch schedule for additional GPS satellites is every 60 days, which should make the GPS fully operational in 3-D by 1993.

*b. Ground Control Segment.* The control segment consists of five permanent tracking stations. These tracking stations are located worldwide with the master control station at Falcon Air Force Base, Colorado Springs, Colorado. The function of the control stations is to determine and upload the ephemeris parameters and health status for each satellite and perform overall SV management from pre-launch checkout to the end of the satellite's life.

*c. GPS User Segment.* The User Segment represents the ground-based receiver units which processes the NAVSTAR satellite signals and arrives at a position of the user. It consists of both military and civil activities, for an almost unlimited number of applications in a variety of air, sea, or land-based platforms. Marine and land surveying applications (including those of USACE) represent a small percentage of current and potential GPS users.

## 3. GPS Tracking Modes

There are basically two general modes which are used to determine the distance, or range, between a NAVSTAR GPS satellite and a ground-based receiver. These measurements are made by signal phase comparison techniques. Either the satellite's carrier frequency phase or the phase of a digital code modulated on the carrier phase may be used, or tracked, to resolve the distance between the satellite and the receiver. The resultant positional accuracy is dependent on the tracking method used. These two phase tracking (resolving) techniques are generally referred to as:

- Carrier Phase Tracking
- Code Phase Tracking

The precision of a distance determined by measuring the phase of a signal is increased as the wavelength of the measured signal becomes smaller. Since the wavelength is inversely proportional to the frequency, the range measurement precision is a function of the signal's frequency. The higher frequency of the carrier signal (L-Band) has a wavelength of 19 cm from which a distance can be resolved to approximately 2 mm. The lower frequency of the modulating code will only yield distances accurate to about one foot. Both of these

When 4 pseudo-ranges are observed, four equations are formed from Equations 1-1 and 1-2 above:

$$
\begin{aligned}
(R_1 - c\Delta t - d_1)^2 &= (X_1^s - X^u)^2 + (Y_1^s - Y^u)^2 + (Z_1^s - Z^u)^2 \\
(R_2 - c\Delta t - d_2)^2 &= (X_2^s - X^u)^2 + (Y_2^s - Y^u)^2 + (Z_2^s - Z^u)^2 \\
(R_3 - c\Delta t - d_3)^2 &= (X_3^s - X^u)^2 + (Y_3^s - Y^u)^2 + (Z_3^s - Z^u)^2 \qquad \text{(Eq 1-3)} \\
(R_4 - c\Delta t - d_4)^2 &= (X_4^s - X^u)^2 + (Y_4^s - Y^u)^2 + (Z_4^s - Z^u)^2
\end{aligned}
$$

In the above equations, the only unknowns are $X^u$, $Y^u$, $Z^u$, and $\Delta t$. The atmospheric delays (d) are measured or modeled. Solving these equations at each GPS update yields the user's 3-D position coordinates. Adding more pseudo-range observations provides redundancy to the solution. For instance, if 7 satellites are simultaneously observed, 7 equations are derived and still only 4 unknowns exist.

*c.* The above solution is highly dependent on the accuracy of the known coordinates of each satellite (i.e., $X^s$, $Y^s$, and $Z^s$), the accuracy of the modeled atmospheric delays (d), and the accuracy of the resolution of the actual time measurement process performed in a GPS receiver (clock synchronization, signal processing, signal noise, etc.). As with any measurement process, repeated and long-term observations from a single point will enhance the overall positional reliability.

*d.* The accuracy of an absolute point position is a function of the range measurement accuracy and the geometry of the satellites. A description of the geometrical contribution to uncertainty in a GPS determined point position is termed Dilution Of Precision, or DOP. DOP is roughly related to the physical orientation of the satellites relative to the ground receiver along with the range measurement accuracy. Repeated and redundant range observations to the satellites at varying orientations will improve the positional accuracy. In a static mode (meaning the GPS antenna stays stationary), range measurements to each satellite may be continuously remeasured over varying orbital locations of the satellite(s). The varying satellite orbits cause varying positional intersection geometry. In addition, simultaneous range observations to numerous satellites can be adjusted using weighting techniques based on the strength of intersection and pseudo-range measurement reliability.

*e.* Two levels of absolute positioning accuracy may be obtained from the NAVSTAR GPS satellite system. These are called the (1) Standard Positioning Service and (2) Precise Positioning Service.

(1) Standard Positioning Service (SPS). The SPS user is capable of achieving real-time 3-D absolute positional information on the order of 78 meters Spherical Error Probable (SEP). This marginal positional accuracy is due to a DOD security policy termed Selective Availability (S/A). S/A degrades the satellite signal by dithering the satellite clock and offsetting the satellite orbits. DOD also plans to implement Anti-Spoofing (AS) which interchanges the P code with a classified Y code, therefore denying the SPS user the higher P code accuracy. The effects of these DOD security actions do not significantly affect a hydrographic user operating in a Differential Positioning mode.

(2) Precise Positioning Service (PPS). The non-military PPS user must be authorized by DOD to have a decryption device capable of deciphering the encrypted GPS signals. This authorization must be obtained from the National Security Agency (NSA). USACE is an authorized user, however, actual use of the equipment has security implications. The PPS user can attain real-time absolute 3-D positional accuracy on the order of 16 meters SEP. Again, access to the PPS is not essential to Differential Positioning.

*f.* Since Absolute Positioning will only provide real-time absolute positional accuracies of, at best, 16 meters, this method will not satisfy the majority of the Corps of Engineers hydrographic surveying requirements. Exceptions may involve rough reconnaissance surveys that are not used for detailed design or construction. Absolute Positioning does have general navigation application and will eventually replace LORAN-C and other satellite navigation systems for ships and aircraft.

## 6. Differential Positioning (Code Phase Tracking)

Differential surveying is the positioning of one point in reference to another. Differential positioning using code pseudo-ranges is performed similarly to that described above, however, some of the major uncertainties in the terms of the equations are effectively eliminated or minimized. The above pseudo-range point positioning process results in absolute coordinates of the user on the earth's surface, which are referenced to the mass center of the earth (Geocentric coordinates on World Geodetic System 1984 Datum). Errors in range are directly reflected in resultant coordinate errors. Differential positioning is not so concerned with the absolute position of the user but with the relative difference between two user positions, who are simultaneously

*e.* Additional information on carrier phase tracking systems may be found in Enclosure 3.

8. GPS Accuracies

The absolute range measurement accuracies obtainable from GPS are largely dependent on which code is used. These estimated user range accuracies or deviations, when coupled with the geometrical relationships of the satellites during the position determination (i.e., Dilution of Position or Geometrical Dilution of Precision), result in a three-dimensional confidence ellipsoid which depicts uncertainties in all three geocentric coordinates. Given the changing satellite geometry, and other factors, GPS accuracy is time/location dependent. Error propagation techniques are used to define nominal accuracy statistics for a GPS user. The user range errors/deviations will yield geocentric coordinates (X-Y-Z) and a covariance matrix. These can be transformed to a local datum (N-E-U or $\phi$-$\lambda$-h). The 3-D covariance matrix defines the dimensions of the error ellipsoid, which can be assessed in any direction or coordinate system. Circular (2-D) and spherical (3-D) radial measures are only approximations to this ellipsoid, as are probability estimates. The more common error measures used are described below.

*a. Root Mean Square Error Measures.* Two-dimensional (horizontal) GPS positional accuracies are normally estimated using a Root Mean Square (RMS) radial error statistic. A 1-$\sigma$ RMS error equates to the radius of a circle in which the position will lie with an approximate probability of 63%. A circle of twice this radius (i.e., 2-$\sigma$ RMS or "2DRMS") represents a 98% positional probability circle. This 98% probability circle, or 2DRMS, is a common 2-D positional accuracy statistic used in GPS surveying literature. Occasionally, a 3DRMS, or 99+% probability circle is used. As with most marine navigation and positioning systems, USACE hydrographic survey accuracy requirements stated in EM 1110-2-1003 are given in terms of a 1-$\sigma$ RMS error statistic. The distinction between a navigation 1-$\sigma$ RMS and a GPS 2DRMS statistic is critical, and must be considered in evaluating accuracy claims for hydrographic or DGPS survey systems.

*b. Probable Error Measures.* Three dimensional GPS accuracy measurements are most commonly expressed by Spherical Error Probable, or SEP. This measure represents the radius of a sphere with a 50% confidence or probability level. This spheroid radial measure only approximates (or averages) the actual 3-D ellipsoid representing the uncertainties in the geocentric coordinate system. In two-dimensional horizontal positioning, a Circular Error Probable (CEP) statistic is commonly used, particularly in military targeting. CEP represents the radius of a circle containing a 50% probability of position confidence. Another 2-D measure occasionally used is the radius of a 95% confidence circle.

*c. Accuracy Comparisons.* It is important that GPS accuracy measures clearly identify the statistic from which they are derived. A "100 meter" or "3 meter" accuracy statistic is meaningless unless it is identified as being either 1-D, 2-D, or 3-D, along with an applicable probability level. For example, a PPS 16-meter 3-D accuracy is, by definition, SEP (i.e., 50%). This 16-meter SEP equates to a 28-meter 3-D 95% confidence spheroid, or when transformed to two-dimensional accuracy, roughly 10 meters CEP, 12 meters RMS, 24 meters 2DRMS, and 36 meters 3DRMS. In addition, absolute GPS point positioning accuracies are defined relative to a earth-centered coordinate system/datum. This coordinate system will differ significantly from local project or construction datums. Nominal GPS accuracies may also be published as design or tolerance limits -- and actual accuracies achieved can differ significantly from these values. Note also that circular or spherical radii are not preceded by a ± sign.

*d. Relative Accuracy Measures.* Engineering, construction, and dredging surveys are not so concerned with absolute positions ($\phi$-$\lambda$-h) but with local project coordinates (X-Y-h), and in insuring high accuracy within a local construction project. Thus relative project accuracy is far more important than absolute (world-wide) positional accuracy. Standard surveying and DGPS linear baseline accuracy is therefore normally expressed by a relative accuracy measure -- typically in parts per million (ppm) as a function of the distance between two points or receivers. This measure is usually given at the one-sigma standard error (or standard deviation) level -- a 68% probability measure. DGPS system accuracy definitions of 3 meters and 0.1 meters are, in effect, maximum 1-$\sigma$ 3-D baseline vector errors relative to the fixed reference point.

*e. Dilution of Precision.* The final positional accuracy of a point determined using absolute GPS survey techniques is directly related to the geometric strength of the configuration of satellites observed during the survey session. GPS errors resulting from satellite configuration geometry can be expressed in terms of Dilution of

# Code Phase Tracking DGPS (3-Meter System)

## 1. General Code Phase Tracking Concept

Since the carrier phase tracking differential technique will not be operational until FY 94, the code phase tracking differential system is currently the only functional GPS survey system for positioning hydrographic survey vessels and dredges. The following discussion will be limited to the C/A code. Although greater positional accuracies can be obtained with use of the P code, DOD'S implementation of AS will limit its use. A real-time dynamic DGPS positioning system includes reference station (master), communication link, and user (remote) equipment. If results are not required in real-time, the communication link could be eliminated and the positional information post-processed; however, such an operation is not practical for most construction support activities where immediate results are necessary. Enclosure 6 contains the specifications necessary for procurement of a full DGPS, including communication equipment.

## 2. Reference Station

The reference station measures timing and ranging information broadcast by the satellites and computes and formats range corrections for broadcast to the user equipment. The reference receiver consists of GPS receiver, antenna, and processor. Using the technology of "differential pseudo-ranging", the position of a survey vessel is found relative to the reference station. The pseudo-ranges are collected by the GPS receiver and transferred to the processor where pseudo-range corrections are computed and formatted for data transmission. Many manufacturers have incorporated the processor within the GPS receiver eliminating the need for an external processing device.

*a. Reference Station Placement.* The reference station is placed on a known survey monument in an area having an unobstructed view of the sky a minimum of 10 degrees above the horizon. The antenna should not be located near objects that will cause multipath or imaging. Areas with antennas, microwave towers, power lines, and reflective surfaces should be avoided.

*b. Reference Station Processor.* The processor of the reference station computes the pseudo-range corrections and formats the corrections for the communications link and transmission to the offshore vessel. The recommended data format is that proposed by the Radio Technical Commission for Maritime Services (RTCM) Special Publication 104 v 2.0. Quality assurance is also performed by the reference station processor. This routine is required to determine the validity and quality of the computed pseudo-range corrections. The reference station processor should be capable of computing and formatting pseudo-range corrections every 2-3 seconds. If this time span is greater, the effects of S/A may affect the users positional solution.

*c. Algorithm Description.* As explained in earlier paragraphs, a measurement from any satellite using the P or C/A code is referred to as a pseudo-range. The pseudo-range is the measured distance between the satellite and receiver. The measured ranges are time tagged at the reference receiver. The pseudo-range error is computed at the reference station processor by subtracting the measured range from the true range. The true range is known from the inversed distance between the reference monument and the satellite. The geocentric satellite coordinates are also computed by the processor from ephemeris information downloaded from the NAVSTAR satellite in its navigation message. These pseudo-range corrections are formatted at the reference station and transmitted to the user receiver aboard the vessel. The format of DGPS corrections must comply with the designated RTCM format. In actual practice, the manufacturers "smooth" the pseudo-ranges with the carrier. This smoothing process reduces some of the inherent noise associated with the pseudo-range. The "smoothing" of the code phase is required for all Class 1 and Class 2 hydrographic surveys performed in accordance with the accuracy requirements in EM 1110-2-1003.

## 3. Communications Link

The communications link is used as a transfer media for the differential corrections. The main requirement of the communications link is that transmission be at a minimum rate of 50 baud. The type of communication system is dependent on the user's requirements. The higher frequency communications systems are also affected by signal attenuation, while the lower frequency systems are more affected by multipath.

be created when signals from one or more satellites are blocked. The DGPS system should warn the user of excessive DOP.

8. Data Archiving

For Class 1 hydrographic payment surveys, all time tagged vessel positions should be archived until the termination of the contract. The time tagged vessel coordinates for all Class 2 surveys should be archived and stored for a period of 1 year. For both Class 1 and 2 surveys, all positions will be stored in a binary file. This archiving process requires some type of storage device on board the survey vessel. The archived data will allow the surveyor to reproduce the vessel's coordinates in event of a disputed survey. It is not required or recommended to archive the range corrections at the reference station.

4. User Equipment

The proposed user equipment on the survey vessel or dredge consists of a carrier phase tracking GPS receiver (with its associated antenna), atomic clock, roll-pitch-yaw sensor, high speed processor, and communication link. The atomic clock will act as another GPS satellite during brief periods when the minimum satellite availability drops from four to three. The roll-pitch-yaw sensor will enable the position acquired at the antenna site to be transferred to the acoustic transducer even during periods of moderate sea states. The position output for the helmsman are two fold. Code phase tracking using pseudo-ranges (accurate at the 3-meter level) will be available for vessel navigation in real time, while decimeter positioning, both horizonal and vertical, will be available no more than 10 seconds after the actual event. This positioning output was agreed upon by the Dredging Research Program Field Review Group which is overseeing system development. The decimeter-level carrier phase DGPS will be timed tagged to allow for recording the true vessel position needed for survey processing. The minimum update rate from the reference station to the vessel(s) and the maximum allowable speed of the vessel during positioning operations have yet to be determined.

5. Separation Distances

The maximum separation distance between the shore reference station and the vessel(s) is not known at this time. However, simulations have been conducted to estimate this range. The current estimate for maintaining 10 cm accuracy in all three dimensions is believed to be 20 Km. These simulations have also shown that by using a network of reference stations, the separation distance can be increased to 40 Km. ETL is also looking into the possibility of using the P-code for increasing the distance between the reference station and vessel(s).

6. Decimeter Elevation Determination Concept

The proposed decimeter-level carrier phase DGPS will have the capability to provide the hydrographic surveyor with elevations of the transducer no more than 10 seconds after the actual event, and with an accuracy of 10 cm or less. This will be accomplished by first establishing Mean Lower Low Water (MLLW) for the survey or dredging site. By placing a GPS receiver on a U.S. Coast Guard buoy for a month or more it would be possible to collect enough data to establish a tertiary tidal datum. The MLLW determined for a survey site could then be referenced to the monument occupied by the GPS reference station. Therefore, when survey operations are being conducted, the height component of the three dimensional vector between reference station and vessel (which is continually being computed by GPS) will be compared to MLLW and the true vessel height determined in near real time. Often MLLW has already been established by conventional means and a series of tidal benchmarks are in place. In this case, a geodetic GPS survey can be performed in a few hours to rectify the difference between the differential GPS ellipsoidal height and the orthometric heights between the tidal benchmark and the GPS reference station. This action will only need to be performed once for any project.

g. *USAETL Tidal Variation Experiment with GPS.* In August, 1990 USAETL contracted with Dr. Alfred Leick of the University of Maine to measure tidal variations using conventional kinematic surveying techniques. This test was performed in Isleboro Island, Maine on a floating pier. The GPS measurements were compared to a tide staff along side the receiver. A long and short baseline was used in the experiment (15.6 Km and 50 m respectively). the results showed that for the short baseline there were very little differences between GPS and the tide staff. For the long baseline, differences up to 10 cm were recorded.

**Table 4-1. Savannah, Georgia DGPS Comparison Test**

| Survey Scenarios | Mean Easting Error | Mean Northing Error | Positional Difference (RMS) | Hydro Class 1 Specification (RMS) |
|---|---|---|---|---|
| All Surveys (including turning movements) | 1.2 meters | -1.2 meters | 2.2 meters | 3 meters |
| 'Best' Survey Longitudinal Profile | 0.2 meters | -0.8 meters | 1.4 meters | 3 meters |

DEPARTMENT OF THE AIR FORCE

50TH SPACE WING (AFSPC)

U.S. AIR FORCE

1947 - 1997

26 Jun 97

MEMORANDUM FOR AFCEE/DGP
ATTENTION: TRACY C. KISSLER

FROM: 50 SW/MQ
300 O'Malley Avenue Suite 43
Falcon AFB CO 80912-3043

SUBJECT: Suggestion FAL 900570A, Global Positioning System

1. The Office of Primary Responsibility (OPR) for the subject matter of your suggestion does not recommend adoption of your request for reconsideration. The attached documentation explains the reasons for their decision.

2. Please remember that you keep "ownership rights" to this suggestion for one year from the date of this letter. You may request reconsideration of your idea any time within this one year period if you feel the evaluator has overlooked something. Mere disagreement with the evaluation is not grounds for reconsideration. Keep all documents related to your suggestion in case you need them in the future.

4. Although you did not receive the response you would have hoped for, we appreciate your interest in improving the Air Force by using the Suggestion Program. If we can be of any further assistance, please do not hesitate to call my point of contact, Ms Sharon Michaels at DSN 560-2751.

DAVID W. LEE, DAFC
Chief, Manpower and Quality

Attachment:
Evaluation, 16 May 97

# 'UGGESTION EVALUATION AND TRANSMITTAL

*(TYPE S. SSION. Follow instructions in AFI 38-401, Chapter 3, and AFH 38-402, . ,ter 4)*

| TO: *(Address to next OPR or local Suggestion Office if this evaluation is final)* | FROM: *(Complete address of Responsible Official)* | INFO COPY TO: *(Originating Base Suggestion Office)* |
|---|---|---|
| 50 SW/MQS<br>300 O'MALLEY AVE STE 43<br>FALCON AFB CO 80912-3043 | HQ AFCEE/EC<br>8006 CHENNAULT RD<br>BROOKS AFB TX 78235-5364 | HQ AFCEE/MS |

| | |
|---|---|
| 1. SUGGESTION TITLE Global Positioning System | 2. SUGGESTION NO. FAL 90-0570A |

| | YES | | NO | |
|---|---|---|---|---|
| HAVE YOU DISCUSSED THE SUGGESTION WITH THE SUGGESTER OR LOWER ECHELON IN EVALUATION CHANNELS? | YES | X | NO | |
| SUGGESTION HAS IMPACT ON/INTERFACES WITH ANOTHER COST SAVINGS PROGRAM OR SEPARATE ACTION? *(If "Yes" name program/procedure. Give control/report number of separate action and furnish copy of document.)* | YES | | NO | |

3. EVALUATION OF SUGGESTION. *(If approved for adoption, describe the old method if different from that described on AF Form 1000 as well as the new method. If applicable, describe changes required and disposition of resources saved.) (Continue on bond paper, if needed.)*

HQ AFCEE/DGP currently falls under my purview and Mr. Bakunas, Mr. Blevins, and Mr. Kissler, all work for me.

I have reviewed the package which dates back to August 1990. I have personally interviewed the above named persons.

It is my best opinion that the benefit of subject suggestion does meet the suggestion program definition of "intangible". The award already made to the suggestor seems to be appropriate based on AFI 38-401, 7 February 1994.

4. ACTION TAKEN OR RECOMMENDED.

| | | | | |
|---|---|---|---|---|
| | A. | APPROVED FOR ADOPTION. *(Use this block only for immediate implementation. Complete blocks 4C, D, E, and 5A and/or 5B.)* | | TOTALLY / PARTIALLY OR WITH MODIFICATIONS *(Explain in Item 3.)* |
| | B. | CONCUR. *(Approval pending implementation. Concurrence becomes approved upon implementation. Complete block 4C, D, E and 5A and/or 5B.)* | | TOTALLY / PARTIALLY OR WITH MODIFICATION *(Explain in Item 3.)* |
| | C. | EFFECTIVE DATE OF SUGGESTION: *(If target date is given, confirmation must be provided when action is completed.)* | | |
| | D. | IMPLEMENTATION IS: | | MANDATORY *(Explain method of adoption in Item 3.)* / OPTIONAL *(Each using base must do an evaluation.)* |
| | E. | RECOMMEND WIDER USE. | | YES *(If yes, list other potential users. Explain in Item 3.)* / NO |
| | F. | PRIOR TO RECEIPT OF THIS SUGGESTION, RECOMMENDATION WAS IN USE OR UNDER CONSIDERATION. THIS SUGGESTION DID NOT CONTRIBUTE IN ANY WAY TO THE ACTION TAKEN *(Explain in Item 3. Disapproval authority signature not required.)* | | |
| | G. | RECOMMEND ADOPTION, BUT APPROVAL NOT WITHIN AUTHORITY OF THIS OFFICE. *(Show reasons in Item 3 and complete block 5.)* | | |
| | H. | NOT RECOMMENDED FOR ADOPTION, BUT DISAPPROVAL NOT WITHIN AUTHORITY OF THIS OFFICE. *(Show reasons in Item 3. Disapproval authority signature not required.)* | | |
| X | I. | OTHER *(Use for comments when above categories do not apply. Explain in Item 3.)* | | |
| | J. | INTERIM RESPONSE/STATUS *(Provide a target date when evaluation time requirement cannot be met.)* | | |
| | K. | NOT APPROVED FOR ADOPTION. *(Disapproval authority signature REQUIRED.)* | | |

| EVALUATOR *(Type Name, Title, Organization, and DSN Number)* | | RESPONSIBLE OFFICIAL *(Type Name, Title, and Organization at Branch/Section/or Flight level or above. Must be at least one level above evaluator.)* | |
|---|---|---|---|
| BRUCE R. LEIGHTON, P.E., Technical Assistant<br>Environmental Conservation & Planning Directorate<br>HQ AFCEE/EC, DSN 240-3901 | | THOMAS H. GROSS, Colonel, USAF<br>Director, Environmental Conservation & Planning<br>HQ AFCEE/EC, DSN 240-3869 | |
| SIGNATURE OF EVALUATOR<br>B. Leighton | DATE<br>16 May 97 | SIGNATURE OF RESPONSIBLE OFFICIAL<br>Thomas H Gross | DATE<br>16 May 97 |
| DISAPPROVAL AUTHORITY *(Type Name, Title, and Organization)* | | SIGNATURE | DATE |

AF FORM 1000-1, APR 95 *(EF-V1)* *(PerFORM PRO)* PREVIOUS EDITION IS OBSOLETE