Congressman Lamar Smith
1100 NE Loop 410, Suite 640
San Antonio, TX 78209

27 August 1997

Dear Congressman Smith

I submitted a suggestion through the Air Force Suggestion program in 1990 to recommend utilizing the Global Positioning System (GPS) for surveying purposes. Since that time, the suggestion has been throughout the Air Force being evaluated by a wide range of folks. Each has taken the easy way of evaluating this suggestion by proposing that there are no tangible benefits associated with the use of GPS for surveying purposes. I disagree as the Air Force and other agencies have published multiple documents that describe tangible benefits associated with the use of GPS for surveying purposes.

When you review the attached package, you will notice and understand many of my concerns I have had with the evaluation of this suggestion. My biggest concern is that the Air Force has failed to contact anyone that has actually used the system or really understands its usefulness. None of the evaluators have had any experience or hands on knowledge of the system. The last evaluator has at least two individuals on staff that could have assisted him in his evaluation and failed to utilize them.

I am hoping that your office can influence the Air Force to properly evaluate this 1990 suggestion utilizing experienced individuals in GPS. If you or your staff require more information, please contact me at the address below or at work (210) 536-4204.

Tracy C Kissler

TRACY C. KISSLER
11721 PARLIAMENT DRIVE. #416
SAN ANTONIO TX 78213
Phone: (210) 341-8764

ATTACHED:
Suggestion Package

_PARTMENT OF THE AIR FORCE
WASHINGTON, DC

OCT 2 4 1997

Office of the Secretary

OCT 20 1997

The Honorable Lamar Smith
United States Representative
1100 NE Loop 410, Suite 640
San Antonio TX 78209

Dear Mr. Smith

This responds to your inquiry for Mr. Tracy Kissler regarding suggestion FAL 900570A, Global Positioning System (GPS) used for surveying bases.

A variety of senior, technical experts at several levels throughout the Air Force evaluated Mr. Kissler's suggestion. A thorough review of the file confirms the decision to make adoption of his suggestion 'optional' was appropriate. Given that, his award of $350 is also appropriate.

We trust this information is helpful.

Sincerely

Patricia M. Fornes

PATRICIA M. FORNES, Lt Col, USAF
Congressional Inquiry Division
Office of Legislative Liaison

LAMAR SMITH
21ST DISTRICT TEXAS

JOHN W. LAMPMANN
CHIEF OF STAFF

2231 RAYBURN HOUSE OFFICE BUILDING
WASHINGTON, DC 20515-4321
(202) 225-4236

COMMITTEE ON THE BUDGET

COMMITTEE ON THE JUDICIARY

CHAIRMAN,
SUBCOMMITTEE ON
IMMIGRATION AND CLAIMS

SUBCOMMITTEE ON
COMMERCIAL AND ADMINISTRATIVE LAW

# Congress of the United States
## House of Representatives

October 24, 1997

Mr. Tracy C. Kissler
11721 Parliament Drive
#416
San Antonio, Texas 78213

Dear Mr. Kissler,

I have received a response to the inquiry initiated in your behalf and am forwarding a copy for you. I regret that the reply was not more favorable to you.

Should you see a way in which I might be of further help to you in this or any other matter, please let me know.

Sincerely,

Lamar Smith

Lamar Smith
Member of Congress

LS:kf
Enclosure



PLEASE REPLY TO:

☐ 1100 N.E. LOOP 410
SUITE 640
SAN ANTONIO, TX 78209
(210) 821-5024

☐ 221 E. MAIN STREET
SUITE 318
ROUND ROCK, TX 78664
(512) 218-4221

☐ 1006 JUNCTION HIGHWAY
KERRVILLE, TX 78028
(210) 895-1414

☐ 33 EAST TWOHIG STREET
SUITE 302
SAN ANGELO, TX 76903
(915) 653-3971

☐ 4305 NORTH GARFIELD
SUITE 228B
MIDLAND, TX 79705
(915) 687-5232

PRINTED ON RECYCLED PAPER

From: Tracy C. Kissler
11721 Parliament Drive. #416
San Antonio, TX 78213

13 November 1997

To: Congressman Lamar Smith
1100 NE Loop 410, Suite 640
San Antonio, TX 78209

RE: Air Force Suggestion FAL 900570A

Dear Congressman Smith

Thank you and your staff for taking the time out of your busy schedule to look into my 27 Aug 97 inquiry of an 1990 Air Force suggestion. I also recognize that the Air Force identifies the evaluators as "senior technical experts". I work with these individuals on a daily basis and yes, they are senior in their pay-grades and are also very technical in their field. I also appreciate the $350.00 the Air Force awarded me for suggesting the use of the Global Positioning System (GPS) for surveying purposes as an "Intangible Benefit".

As you know, the GPS was used during the Gulf War to pinpoint targets with absolute accuracy thus allowing our Armed Forces to overcome what could have been a very devastating situation. The GPS helped saved thousands of voting Americans lives. This same system is now used for the following purposes: delineate wetlands, locate and track floodplains, infrastructure management, track endangered species, distribution of personnel and equipment, find fish, direct hunters, pinpoint archaeological sites, historic data, census data, track convicts, track airplanes, etc, just to name a few.

However, I too regret that the reply was not more favorable to me. I also regret that the individuals reviewing the package did not take the time to review it properly. It is quite obvious that all they did was review the signature blocks of the package and assume that they belonged to "senior, technical experts". Part of their rationale is correct as to their pay-grade structure being "senior". However, now that I am working with those individuals, I can guarantee you they are definitely not technical in the subject matter of the GPS. None of the evaluators have had any experience or hands on knowledge of the system. Again, as I pointed out in my last letter, the last evaluator has at least two individuals on staff that could have assisted him in his evaluation and failed to utilize them. Why was that not addressed?

Perhaps there was some failure on my part to adequately describe my concerns to you. I was given direction by your office to keep the inquiry to approximately two paragraphs. Obviously a further explanation is warranted. Again, I am concerned about the ability of the evaluators to adequately evaluate the suggestion. Also, the Air Force Civil Engineering Support Agency (AFCESA) and other agencies have published multiple documents that describe "tangible benefits" associated with the use of GPS for surveying purposes, such as those mentioned above. My biggest concern is that the Air Force has failed to contact anyone that has actually used the system or really understands its usefulness. Why was the suggestion never sent to those individuals for a thorough evaluation?

If you read my attached package, you will notice and understand many of my concerns I have had with the evaluation of this suggestion. I will point them out as follows:

a. Atch 1 explains my rebuttal and explanation of suggestion evaluation notes and memos. It describes the discrepancies and inconsistencies of the evaluation by so called "senior, technical experts".

b. Atch 2 explains the chronology of the suggestion evaluation notes and memos. It describes the poor handling of the suggestion and summary of events associated with the evaluation by so called "senior, technical experts".

c. Atch 3 identifies sources for the "senior, technical experts" to utilize for evaluation purposes. I have yet to be provided any documentation as to what sources they used to identify the lack of tangible benefits for this suggestion.

d. Atch's 4 and 5 are articles written by AFCESA which identify tangible benefits associated with the use of GPS for surveying purposes. These articles were also provided to the so called "senior, technical experts" for their use in evaluating the suggestion.

e. Atch 6 is an Engineering Technical Letter (ETL) written by the U.S. Army Corps of Engineers which discusses the uses of GPS. The ETL was also provided to the so called "senior, technical experts" for their use in evaluating the suggestion.

f. The remaining part of the attachment contains correspondence and documentation of the entire evaluation which identifies the lack of GPS technical expertise by the evaluators. The evaluators, throughout the years, have only expressed their opinions. Nowhere in the package does any evaluator provide any facts as to the determination of the actual worth of the suggestion. All one has to do is read the package! Mere signatures and pay-grades do not constitute an adequate evaluation.

I request that you please take the time and make sure the Air Force answers my questions and concerns on this issue. I deserve an adequate evaluation of the suggestion by the appropriate officials to include a detailed explanation of their decision criteria (something that has never been included in evaluation process by so called "senior, technical experts). If this can not be achieved through these channels, I am prepared to seek legal counsel and bring suit against the Air Force. Perhaps then, the Air Force will find the time to contact the appropriate officials and adequately evaluate the suggestion. Seven years of "evaluation by opinion" by so called "senior, technical experts" has taken this suggestion no where. It is high time the real experts should have an opportunity to analyze it.

If you or your staff require more information, please contact me at the address below or at my office (210) 536-4204 or my residence (210) 341-8764.

Tracy C Kissler

TRACY C. KISSLER

Attached:
Suggestion Package

LAMAR SMITH
21ST DISTRICT, TEXAS

JOHN W. LAMPMANN
CHIEF OF STAFF

2231 RAYBURN HOUSE OFFICE BUILDING
WASHINGTON, DC 20515–4321
(202) 225–4236

# Congress of the United States

## House of Representatives

COMMITTEE ON THE BUDGET

COMMITTEE ON THE JUDICIARY

CHAIRMAN,
SUBCOMMITTEE ON
IMMIGRATION AND CLAIMS

SUBCOMMITTEE ON
COMMERCIAL AND ADMINISTRATIVE LAW

November 17, 1997

Mr. Tracy C. Kissler
11721 Parliament Drive
#416
San Antonio, Texas 78213

Dear Mr. Kissler,

Thank you for your recent correspondence regarding your continued questions and concerns addressed to the U. S. Air Force.

Your letter has been forwarded to the Department of the Air Force requesting a response as soon as possible.

Please feel free to contact our San Antonio office if you have any questions.

Sincerely,

Lamar Smith

Lamar Smith
Member of Congress

LS:po



PLEASE REPLY TO:

☐ 1100 N.E. LOOP 410
SUITE 640
SAN ANTONIO, TX 78209
(210) 821–5024

☐ 221 E. MAIN STREET
SUITE 318
ROUND ROCK, TX 78664
(512) 218–4221

☐ 1006 JUNCTION HIGHWAY
KERRVILLE, TX 78028
(210) 895–1414

☐ 33 EAST TWOHIG STREET
SUITE 302
SAN ANGELO, TX 76903
(915) 653–3971

☐ 4305 NORTH GARFIELD
SUITE 228B
MIDLAND, TX 79705
(915) 687–5232

PRINTED ON RECYCLED PAPER

DEPARTMENT OF THE AIR FORCE
WASHINGTON, DC

JAN 20 1998

Office of the Secretary

The Honorable Lamar Smith
United States Representative
1100 NE Loop 410, Suite 640
San Antonio TX 78209

14 JAN 1998

Dear Mr. Smith

This responds to your most recent inquiry for Mr. Tracy C. Kissler regarding suggestion FAL 900570A; Global Positioning System used for Surveying Bases.

On September 28, 1995, the Air Force Design Group at Brooks Air Force Base (AFB), Texas, approved Mr. Kissler's suggestion as an "optional adoption." On March 10, 1996, Mr. Kissler requested reconsideration of his suggestion, including reevaluation of benefits resulting from the original approval of FAL 900570. The Environmental Conservation and Planning Department at Brooks AFB completed a reevaluation of the suggestion on May 16, 1997. Since the suggestion was not adopted for "mandatory use" within the Air Force, they based the award on intangible benefits.

As a result of Mr. Kissler's August 27, 1997, inquiry, officials reviewed his case file and determined that the decision to adopt his suggestion for "optional use" within the Air Force, and the award of $350 based on intangible benefits was appropriate.

In the ensuing inquiry, officials have again reviewed actions taken on Mr. Kissler's suggestion. When the Air Force adopts a suggestion for "optional use," the award is based on intangible benefits. Although Mr. Kissler's request did not meet the criteria for reconsideration, his concerns were investigated. A thorough review of the file confirmed that his suggestion has been investigated at several levels throughout the Air Force and the decision to make adoption of this suggestion "optional" and identify intangible benefits was the correct one.

We trust this information is helpful.

Sincerely

Patricia M. Fornes

PATRICIA M. FORNES, Lt Col, USAF
Congressional Inquiry Division
Office of Legislative Liaison

LAMAR SMITH
21ST DISTRICT, TEXAS

JOHN W. LAMPMANN
CHIEF OF STAFF

2231 RAYBURN HOUSE OFFICE BUILDING
WASHINGTON, DC 20515-4321
(202) 225-4236

# Congress of the United States
## House of Representatives

COMMITTEE ON THE BUDGET
COMMITTEE ON THE JUDICIARY
CHAIRMAN,
SUBCOMMITTEE ON
IMMIGRATION AND CLAIMS
SUBCOMMITTEE ON
COMMERCIAL AND ADMINISTRATIVE LAW

January 21, 1998

Mr. Tracy C. Kissler
11721 Parliament Drive
#416
San Antonio, Texas 78213

Dear Mr. Kissler,

Enclosed for your attention is the response which has been received from the Department of the Air Force.

The Air Force indicated in a call to my office that this matter has been reviewed at the highest level.

Thank you for contacting me and allowing me to be of assistance. Please feel free to call on me should you need my help in the future.

Sincerely,

Lamar Smith

Lamar Smith
Member of Congress

LS:po
Enclosure



PLEASE REPLY TO:

☐ 1100 N.E. LOOP 410
SUITE 640
SAN ANTONIO, TX 78209
(210) 821-5024

☐ 221 E. MAIN STREET
SUITE 318
ROUND ROCK, TX 78664
(512) 218-4221

☐ 1006 JUNCTION HIGHWAY
KERRVILLE, TX 78028
(210) 895-1414

☐ 33 EAST TWOHIG STREET
SUITE 302
SAN ANGELO, TX 76903
(915) 653-3971

☐ 4305 NORTH GARFIELD
SUITE 228B
MIDLAND, TX 79705
(915) 687-5232

PRINTED ON RECYCLED PAPER

From: Tracy C. Kissler
11721 Parliament Drive. #416
San Antonio, TX 78213

6 March 1998

To: Congressman Lamar Smith
1100 NE Loop 410, Suite 640
San Antonio, TX 78209

RE: Air Force Suggestion FAL 900570A

Dear Congressman Smith

Once again, thank you and your staff for taking the time out of your busy schedule to look into my latest 13 Nov 97 inquiry of a 1990 Air Force suggestion. However, I am disappointed that none of my questions were answered. As a taxpayer and voter, I have the right to have my questions answered, especially when inquiring through a Congressional office.

I do not question that the subject suggestion was reviewed at the highest level. However, I do question whether the suggestion was reviewed in entirety by anyone. The fact none of my questions were answered proves that! I also question the Air Force response in their last letter that now identifies that "his request does not meet the criteria for reconsideration". What is this new criteria? Is this just another tactic used for excusing themselves for not evaluating the suggestion properly?

If your office can not get the Air Force to specifically answer my questions, then I would like you to refer me to the appropriate government office that can. Again, as a taxpayer and a voter, I expect to have my questions answered.

If you or your staff require more information, please contact me at my office (210) 536-4204 or my residence (210) 341-8764.

Tracy C Kissler

TRACY C. KISSLER

Attached:
Suggestion Package

From: Tracy C. Kissler
11721 Parliament Drive. #416
San Antonio, TX 78213

17 April 1998

To: Mr. G. Whitten Peters
Acting Secretary
Department of the Air Force
1670 Air Force Pentagon
Washington, D.C. 20330-1670

RE: Air Force Suggestion FAL 900570A

Dear Mr. Peters

I am writing your office to see if you can assist me in having Air Force officials answer my specific questions regarding the subject Air Force Suggestion. The suggestion revolves around the use of the Global Positioning System (GPS) satellite constellation for surveying purposes. The Air Force claims there are "no tangible benefits associated with the use of GPS for surveying purposes". I have identified tangible benefits as pointed out throughout the entire package. I have inquired three times through my Congressman and the Air Force still will not answer any of my specific questions. Congressman Lamar Smith has referred me to your office for further assistance.

This suggestion was submitted in 1990 and to date, no one has thoroughly evaluated the suggestion as I have outlined several times throughout the attached package. The package was supposedly reviewed by "senior technical experts", however, no conclusive answers were ever given as I requested. It is obvious that the Air Force has taken a firm stance on not implementing cost effective products and programs to save tax dollars of the American public. I have evidence that the evaluators have not had any experience or hands on knowledge regarding the use of GPS for surveying purposes as I have recommended for adoption. Many of the evaluator's have contradicted themselves from one piece of correspondence to another. The last evaluator has at least two individuals on staff that could have assisted him in his evaluation and failed to utilize them.

The Air Force Civil Engineering Support Agency (AFCESA) and other agencies have published multiple documents that describe "tangible benefits" associated with the use of GPS for surveying purposes. You will find this information and much more in the package. The attachment also contains correspondence and documentation of the entire evaluation which identifies the lack of GPS technical expertise by the evaluators. The evaluators, throughout the years, have only expressed their opinions. Nowhere in the package does any evaluator provide any facts as to the determination of the actual worth of the suggestion.

I request that you please take the time and make sure the Air Force answers my specific questions and concerns on this issue. I deserve an adequate evaluation of the suggestion by the appropriate officials to include a detailed explanation of their decision criteria.

If you or your staff require more information, please contact me at the address above or at my office (210) 536-4204 or my residence (210) 341-8764.

Tracy C. Kissler

TRACY C. KISSLER

Attached:
Suggestion Package

-PARTMENT OF THE AIR FORCE
HEADQUARTERS UNITED STATES AIR FORCE
WASHINGTON DC

U.S. AIR FORCE
1947 - 1997

31 MAY 1998

HQ USAF/ILE
1260 Air Force Pentagon
Washington DC 20330-1260

Mr. Tracy C. Kissler
11721 Parliament Drive, #416
San Antonio TX 78213

Dear Mr. Kissler

This is an interim reply to your 17 April 98 letter to the Acting Secretary of the Air Force regarding the use of the Global Positioning System (GPS) for surveying purposes.

After further review of your suggestion, I have directed the following actions to determine the potential for tangible benefits. I have asked the Air Force Center for Environmental Excellence (AFCEE) to thoroughly review each of your concerns. I have also directed a records search to determine what similar mapping projects were contracted for and awarded within one year of approval of your suggestion. Finally, I have requested that AFCEE staff members knowledgeable in the use of GPS for surveying be assigned to this case.

Given the scope of this effort, and to ensure all aspects of your suggestion and claims are thoroughly and properly evaluated, I have asked for a final report by 15 July 98. We will provide you with our final decision by 31 July 98.

Sincerely

Lawrence F. Sheehan

LAWRENCE F. SHEEHAN, Brig Gen, USAF
Acting Deputy Civil Engineer
DCS/Installations & Logistics



*Golden Legacy, Boundless Future... Your Nation's Air Force*

DEPARTMENT OF THE AIR FORCE
HEADQUARTERS UNITED STATES AIR FORCE
WASHINGTON DC

22 JUL 1998

HQ USAF/ILE
1260 Air Force Pentagon
Washington DC 20330-1260

Mr. Tracy C. Kissler
11721 Parliament Drive, #416
San Antonio TX 78213

Dear Mr. Kissler

A three-person AFCEE team with professional surveying and Global Positioning System (GPS) experience reviewed your suggestion regarding the use of GPS in support of Air Force installation mapping. Mr. William P. Kivela, PE; Mr. Gary Huneycutt, RLA; and Mr. Roger Blevins, AICP, evaluated your suggestion to determine if tangible savings could be calculated and substantiated based on implementing your suggestion. The team agreed that tangible savings could be calculated, if it could be shown that your suggestion would have made a difference in the surveying method selected for similar, subsequent surveying projects.

All major commands, the United States Air Force Academy (USAFA), and Bolling AFB were contacted to determine if mapping had occurred during the suggestion evaluation time period of 1 Oct 93–30 Sep 94. The major commands identified eight installations with positive responses and we received negative replies from the USAFA and Bolling AFB. Each of the eight installations were contacted to determine if GPS was used as a basis for developing ground control points. If GPS was used, we further investigated the contract instrument used to control the work and the process used to develop contract documents.

Seven of the eight installations used GPS in whole or in part to establish ground control points. The remaining installation relied on existing ground control points and coordinate data. In no instance was there evidence that your suggestion affected the decision on which method to stipulate in the contract documents. The team could find no situation where your suggestion had, or would have had, any impact on the survey methods chosen at any of the installations. In all cases, contract documents were developed based on industry standards, consultant recommendations/capabilities, and the best professional judgment of each mapping project manager. There were no documented cases where the Air Force Master Statement of Work for base mapping was a factor in defining project requirements.

Based on the findings of the team, it is my determination that there are no further intangible benefits and/or tangible savings attributable during the evaluation period which would have resulted from Air Force-wide adoption of your suggestion. Amending the Air Force's Master Statement of Work to include GPS as an option in determining ground control points was



ATCH 1

the appropriate decision given the variables associated with individual survey environments. This decision supports our philosophy that we must provide consultants and contractors the latitude to deliver the most cost-efficient product for each individual project. While these contractors and/or consultants chose to use GPS during the evaluation period, we could find no link between their decision and your suggestion.

I appreciate your interest in the Air Force suggestion program and encourage your future participation in our quest to provide more streamlined and cost-efficient operations.

Sincerely

LAWRENCE F. SHEEHAN, Brig Gen, USAF
Acting Deputy Civil Engineer
DCS/Installations & Logistics

Tracy C. Kissler
1520 Chestnut Springs
Bulverde, TX 78163

1 April 2003

50 SW/MO
Schriever AFB, CO
80912-2112

RE: Air Force Suggestion FAL 900570A

Dear Sir or Madam,

I am requesting a reconsideration of the adjudication of the above mentioned claim based on new evidence that has just become available to me.

This suggestion was originally submitted on an AF Form 1000 dated 20 August 1990 at then Falcon Air Force Base in Colorado. After a great deal of correspondence, I received a letter from General Lawrence F. Sheehan denying any further award for the suggestion. I am enclosing a complete copy of the correspondence on this suggestion as attachment 1 in that it may be difficult for you to recover the original file.

Essentially, the suggestion was for extended use of Global Positioning Satellites (GPS) by the Air Force. The use of GPS was new back in August of 1990 when I made the original suggestion. The suggestion was accepted and I was eventually awarded the amount of $350 for the suggestion.

I have recently returned from an extensive overseas assignment where I personally observed my suggestion being utilized in ways even beyond my imagination when it was first submitted. It is clear that the evaluation of my suggestion and the award were inadequate.

I retained an expert in the field of Environmental Management and GPS Technology to do an assessment of my suggestion as submitted in 1990 and adjudicated in 1998. Her report is attached to this request as attachment 2. Her report very clearly indicates that the suggestion evaluation was inadequate and that my suggestion opened up a whole world of applications for which I should have been compensated. Based on this new evidence I am requesting reconsideration of my claim in accordance with AFR 900-4, paragraph 5-7, section b, a copy of which is at attachment 3.

The suggestion was originally supposed to be evaluated as a Department of Defense (DoD) wide suggestion and not just within the Air Force which is found at attachment 4. However, by not elevating the suggestion to the proper levels, it was in clear violation of AFR 900-4, paragraph 5-3, sections; i(7)(a), i(7)(b), and i(8) just to name a few.

If yours is not the correct office for consideration of this request, please forward it to the proper agency and notify me of any transfers. I can be contacted at the above address or at the following:

Commercial Work Phone: (210)-536-6544
DSN Work Phone: 536-6544
Home Phone: (830) 980-6626
Work Email: tracy.kissler@brooks.af.mil

I thank you in advance for your kind reconsideration of this suggestion award.

Sincerely,

Tracy C. Kissler

Tracy C. Kissler

**DEPARTMENT OF THE AIR FORCE**
50TH SPACE WING (AFSPC)

MEMORANDUM FOR: Mr Tracy Kissler 25 April 2003

FROM: 50SW/MO

SUBJECT: Request for reconsideration of Air Force suggestion FAL 900570A

1. Our office has reviewed your suggestion. Our decision is based on correspondence included in your package and on AFI 38-401, 6 Dec 2000. We cite the following facts and/or findings:

a. This suggestion has been reconsidered a least 3 times by different evaluators. All three offices conducted a careful and comprehensive review and found your award to be correct as originally approved.

b. AFI 38-401, paragraph 3.18 states that requests for reconsideration are limited to one per idea. Also, reconsiderations will be honored when additional data is presented that was not available to the evaluators. We do not see anything in your request that warrants reconsideration. Apparently, you do not agree with the amount of the award. Just because you don't agree with the award amount, that in itself is not justification for reconsideration. Although, you may disagree with the amount of the award, it is consistent with the policy established for awarding submitters. A suggestion does not give the submitter rights to any thing that happens on a suggestion that was submitted. It gives the submitter rights to the specific recommendations only. Since your request could not be made mandatory, it was approved for optional use and therefore, your award amount was based on intangible savings.

2. Based upon our evaluation and the extensive reviews already conducted concerning your suggestion, we are officially closing your suggestion.

3. My IDEA POC for this decision is MSgt Durbin at DSN 560-2272.

Milton Harper Sr

MILTON HARPER, Sr
Chief, Manpower and Organization