# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

TRACY C. KISSLER
Plaintiff

v. No. 03-2878C

UNITED STATES AIR FORCE, (Judge Block)
Defendant

## PLAINTIFF'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF'S MOTION TO DISMISS

Pursuant to Rule 6(1) of the Rules of the United States Court of Federal Claims ("RCFC"), the Plaintiff herein respectfully requests an enlargement of time of 30 days, to and including June 7, 2004, to respond to Defendant's Motion to Dismiss. This is Plaintiff's first request for an enlargement of time for this purpose. Counsel has discussed this motion with the counsel for the Defendant, and he does not oppose this motion for an enlargement.

The Plaintiff requests this enlargement of time because counsel has had difficulty in accessing the Court's ECM filing system and did not receive the motion until May 5, 2004. The requested enlargement time would allow counsel a full 30 days from date of receipt of the motion to file his response.

For the foregoing reason, Plaintiff respectfully requests this Court grant this unopposed request for an enlargement of time.

Respectfully Submitted, /sAnthony W. Walluk

Anthony W. Walluk
Attorney for Plaintiff
306 South Flores Street
San Antonio, Texas 78204
(210) 226-4384
(210) 226-4526

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that I caused a copy of this motion to be sent to opposing counsel Matthew P. Reed, the attorney of record for the Defendant by the court's ECF system, at the same time it was filed with the Court.

/s Anthony W. Walluk
Anthony W. Walluk