# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

TRACY C. KISSLER
Plaintiff

v. No. 03-2878C

UNITED STATES AIR FORCE (Judge Block)
Defendant

## PLAINTIFF'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF'S MOTION TO DISMISS

Pursuant to Rule 6(1) of the Rules of the United States Court of Federal Claims (ARCFC@), the Plaintiff herein respectfully requests an enlargement of time of 21 days, to and including June 28, 2004, to respond to Defendant's Motion to Dismiss. This is Plaintiff's second request for an enlargement of time for this purpose. The first request was necessitated by the delay Counsel experienced with first obtaining access to the ECM system.

The Plaintiff requests this enlargement of time because Counsel is currently unable to contact Plaintiff regarding Plaintiff's personal input into the response. Counsel has discussed the response with Plaintiff and completed research and a first draft but there remain a few fact points that require clarification and a declaration from Plaintiff that are required of Plaintiff personally. Plaintiff works for the Air Force and has gone on leave. Counsel has attempted to contact him and as left message at both

his home and work numbers to no avail. Furthermore, Counsel has discovered that Plaintiff is scheduled for a week long TDY to other states for the Air Force once he returns from leave. Counsel may not have adequately advised Plaintiff of the continuing need for his personal input after the draft was completed.

The requested enlargement time would result in a total enlargement of approximately 49 days. Counsel had previously agree with Defendant's request for a 45 day extension. If 21 days is considered excessive, an enlargement of at least 14 days until June 21 is a minimal necessity. Counsel has discussed this motion with the counsel for the Defendant, and she does not oppose this motion for an enlargement.

For the foregoing reason, Plaintiff respectfully requests this Court grant this unopposed request for an enlargement of time.

Respectfully Submitted,

/s Anthony W. Walluk

Anthony W. Walluk
Attorney for Plaintiff
306 South Flores Street
San Antonio, Texas 78204
(210) 226-4384
(210) 226-4526

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that I caused a copy of this motion to be sent to opposing counsel Hillary Stern, the attorney of record for the Defendant, by the court=s ECF system, at the same time it was filed with the Court. And a copy will be faxed to her.

/s Anthony W. Walluk
Anthony W. Walluk