IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| TRACEY KISSLER<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 03-2878<br>(Judge Block) |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of HILLARY A. STERN as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

HILLARY A. STERN
Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, D.C. 20530

Attention: Classification Unit
8th Floor
1100 L Street, N.W.

July 12, 2004

/s/ Hillary A. Stern
HILLARY A. STERN
Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice

CERTIFICATE OF FILING AND CERTIFICATE OF SERVICE

I hereby certify that on July 12, 2004, a copy of "Notice of Appearance" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Hillary A. Stern