UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| TRACY KISSLER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04-2878C |
| | ) | Judge Block |
| THE UNITED STATES, | ) | |
| | ) | |

DEFENDANT'S UNOPPOSED MOTION
FOR AN ENLARGEMENT OF TIME

Defendant respectfully requests an enlargement of time of 13 days, to and including July 28, 2004, within which to reply to plaintiff's response to our motion to dismiss. Our reply currently is due on July 15, 2004. This is our first request for an enlargement for this purpose. Plaintiff's counsel has authorized us to state that he does not object to this motion.

As grounds for this motion, we state that although plaintiff filed his reply to our motion to dismiss on July 1, 2004, Government counsel did not see the reply until yesterday, July 12, 2004, three days before our reply was due. At the time plaintiff filed his reply, current Government counsel, to whom this case was transferred some time after the filing of our motion to dismiss, did not have an account with the Court's electronic filing system.

This is counsel's first electronic case and after being assigned to the case, counsel endeavored to pass the on-line test required in order to register and utilize the Court's system. After successfully passing the test and forwarding a registration form to the Court, Government counsel waited to receive login information from the Court, which was delayed, apparently due to the Court's failure to receive the first registration form provided by Government counsel. Thereafter, counsel was eligible to and did open an account and file her notice of appearance in this case and did become aware that plaintiff's response had been filed.

Government counsel is aware that even before becoming registered to utilize the Court's electronic system, counsel could have viewed the docket in this case by using the Pacer system, could have become aware of the filing of plaintiff's response, and even could have viewed the document on a more timely basis. However, counsel confesses that being unfamiliar with and not yet attuned to thinking in terms of receiving and viewing documents electronically and after many years of receiving copies of filed documents in her office mailbox, this alternative simply did not occur to her. Counsel will certainly be more cognizant of the ramifications of assignment to an electronic case in the future.

Given that only two days remain before our reply to plaintiff's response is due, that undersigned counsel did not prepare our original motion to dismiss, and that counsel is still a novice at filing documents electronically, we believe it prudent to request a short amount of additional time within which to prepare our reply to plaintiff's response to our motion to dismiss.

Accordingly, we respectfully request that the Court grant this motion for an enlargement of time of 13 days, to and including July 28, 2004, within which to respond to plaintiff's reply to plaintiff's response to our motion to dismiss.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/s/ Todd M. Hughes
Assistant Director

/s/ Hillary A. Stern
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, D.C. 20530

July 14, 2004

CERTIFICATE OF FILING AND CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2004, a copy of "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.