**TABLE 9-1**

**AUTHORITY TO APPROVE AWARDS**

| R U L E | A<br>If the total amount of the award for tangible or intangible benefits, or combined benefits is | B<br>then the approving authority is |
|---|---|---|
| 1 | not more than $8,000 | at installation level (see notes 1 and 7). |
| 2 | over $8,000 but not more than $10,000 (see notes 4 and 6) | at MAJCOM, SOA, DRU, OR HQ USAF (see notes 2, 3, 5, and 7). |
| 3 | $25-$10,000 for Senior Executive Service (SES) | the Secretary of the Air Force. |

NOTES:

1. The installation commander authorizes members of his or her immediate staff and a service tenant or GSU unit commander (or members of his or her immediate staff) to act as award approval authorities. The amount of award that can be approved without awards committee action must be specifically designated by the installation commander for consistent processing on the installation. The suggestion awards committee must review any award that exceeds the delegated award amount specified by the commander. The chairperson of the suggestion awards committee or the SPM may be appointed by the commander to approve awards not in excess of $500 and invention awards under paragraph 6-6 without review by the suggestion awards committee. The SPM checks these approvals for accuracy and regulatory compliance before submission for payment.
2. The commander of a MAJCOM, SOA, DRU, and HQ USAF activity chief authorizes members of his or her immediate staff to act as award approval authorities. The amount of award that can be approved without awards committee action must be specifically designated by the commander or chief for consistent processing. The suggestion awards committee must review any award that exceeds the delegated award amount specified by the commander or chief. The chairperson of the suggestion awards committee or the SPM may be appointed to approve awards not in excess of $500 and invention awards under paragraph 6-6 without review by the suggestion awards committee. The SPM checks these approvals for accuracy and regulatory compliance.
3. Awards of $10,000 or more must be reviewed by the command section (commander, vice commander, or chief of staff) of each MAJCOM, SOA, DRU, or HQ USAF activity chief before referral, as shown in paragraph 9-9.
4. Recommendations for awards over $10,000 up to $25,000 maximum must be submitted to the Office of the Assistant Secretary of Defense (Force Management and Personnel).
5. This may be delegated to installation level at MAJCOM discretion.
6. For civilian employees, contributions deserving recognition beyond $25,000 may be considered for an additional award of $10,000. The award is approved by the President on the recommendation of the Secretary of Defense and the OPM director.
7. Recommendations for zero-overpricing awards and the award certificate will be forwarded to the awards approval authority without suggestion awards committee action if all eligibility requirements are met.

**TABLE 9-2**

**SCALE FOR COMPUTING AWARDS FOR TANGIBLE BENEFITS** (see notes)

| R U L E | A<br>If the amount of the benefit is | B<br>then the amount of the award is |
|---|---|---|
| 1 | less than $250 | no cash award. |
| 2 | $250-$10,000 | 10 percent of benefits. |
| 3 | $10,001-$100,000 | $1,000 for the first $10,000, plus 3 percent of benefits over $10,000. |
| 4 | $100,001 or more | $3,700 for the first $100,000, plus 0.5 percent of benefits over $100,000. |

NOTES:

1. Round off amount of awards and benefits to the nearest $1.
2. The minimum award for tangible benefits can be granted only when the benefits reach or exceed $250.